FILED
AUG 2 2 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AEC SERVICES, INC.**

*Plaintiff,*

**vs.**

**THE UNITED STATES**

*Defendant.*

No. 05-912C

**COMPLAINT**

Plaintiff, AEC Services, Inc. ("AEC"), by counsel, hereby files this Complaint against The United States, General Services Administration (hereinafter "GSA"), and for cause states as follows:

**JURISDICTIONAL STATEMENT**

1. Jurisdiction of this matter is conferred by 28 U.S.C. § 1491(a)(1) as this is a claim against the United States upon an express or implied contract with the United States. Jurisdiction of this matter is further conferred by 28 U.S.C. § 1491(a)(2) as this action arises from an appeal of a contracting officer's decision under the Contract Disputes Act of 1978, 41 U.S.C. §§ 601 *et. seq*.

**FACTS COMMON TO ALL COUNTS**

2. AEC is a Maryland corporation with its principal place of business located in Maryland. AEC is engaged in the business of construction contracting.

3. AEC contracted with the GSA to provide certain painting services pursuant to two (2) contracts, Contract Nos. GS-11P00MQD0008 WPK00-053 (hereinafter referred to as "Contract D0008") and GS-11P01YTD0090 WPJ-02-0213 (Renewed as Contract No. GS-

11P01YTD0090, Renewed as Contract No. WPJ-02-0213 GS-11P01YTD0090 WPJ-02-0213 and hereinafter referred to as "Contact D0090").

**COUNT I**
**Breach of Contract**
**(Claim Under Contract D0008)**

4. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 3 above as if fully set forth herein.

5. Pursuant to Contract D0008, AEC was to provide interior and exterior painting services for all GSA Buildings within the National Capitol Region (hereinafter the "D0008 Project"). A copy of the GSA Notice of Award is attached hereto as Exhibit 1 and incorporated by reference herein.

6. Contract D0008 provided a guarantee that the minimum amount of work to be purchased from AEC under the contract would be $100,000.00

7. The GSA failed to purchase the minimum amount of work guaranteed under Contract D0008.

8. AEC suffered damages in the amount of $18,939.00 in costs incurred but not recovered as a result of GSA's breach of Contract D0008, including, but not limited to, bond costs, direct costs and unabsorbed overhead costs.

9. On May 26, 2005, AEC submitted to the Contracting Officer a Revised Notice of Claim and requested that the Contracting Officer render a final decision pursuant to the contract's dispute clause. A copy of the Revised Notice of Claim is attached hereto as Exhibit 2 and incorporated by reference herein.

10. The Contracting Officer received the May 26, 2005, letter by certified mail on May 31, 2005, as evidenced by the return receipt card and postal tracking confirmation. A copy of the return receipt card and tracking information is attached hereto as Exhibit 3 and incorporated by reference herein.

11. To date, the Contracting Officer has not responded to AEC's request for a final decision. Pursuant to the Contract Disputes Act 41 U.S.C. § 605(c)(5), the failure of the Contracting Officer to respond to AEC's request for a final determination within 60 days of the request is deemed a denial, making this appeal timely and proper.

WHEREFORE, AEC Services, Inc. hereby requests that this Honorable Court reverse the decision of the Contracting Officer, and enter judgment in its favor and against The United States, General Services Administration in the amount of $18,939.00 plus interest and costs of this action, and for such other and further relief as this Court deems appropriate.

**COUNT II**
**Breach of Contract**
**(Claim Under Contract D0090)**

12. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 11 above as if fully set forth herein.

13. Pursuant to Contract D0090, AEC was to furnish all necessary labor, material, equipment and supervision to perform painting construction services for all GSA locations within the National Capitol Region (hereinafter the "D0090 Project"). A copy of Contract D0090 and the GSA's Notice to Proceed is attached hereto as Exhibit 4 and incorporated by reference herein. The Contracting Officer exercised an option to renew Contract D0090 for a

second year effective March 1, 2003. A copy of the Notice of Renewal is attached hereto as Exhibit 5 and incorporated by reference herein.

14. Contract D0090, as amended, provided a guarantee that the minimum amount of work to be purchased from AEC under the contract would be $400,000.00.

15. The GSA failed to purchase the minimum amount of work guaranteed under Contract D0090.

16. AEC suffered damages in the amount of $129,544.00 due to the GSA's breach of its guarantee. AEC's damages include costs incurred but not recovered including, but not limited to, bond costs, direct costs and unabsorbed overhead costs. AEC's damages also include lost profit for work the GSA failed to award to AEC, instead wrongfully awarding the work to another contractor.

17. On May 27, 2005, AEC submitted to the Contracting Officer a Revised Notice of Claim and requested that the Contracting Officer render a final decision pursuant to the contract's dispute clause. A copy of the Revised Notice of Claim is attached hereto as Exhibit 6 and incorporated by reference herein.

18. The GSA received the May 27, 2005, letter by certified mail on June 1, 2005, as evidenced by the return receipt card and postal tracking confirmation. A copy of the return receipt card and tracking information is attached hereto as Exhibit 7 and incorporated by reference herein.

19. To date, the Contracting Officer has neither issued a final decision nor given notice of when a final decision will be issued on AEC's Revised Notice of Claim. Pursuant to the Contract Disputes Act 41 U.S.C. § 605(c)(5), the failure of the GSA to respond to AEC's

request for a final decision within 60 days of the request is deemed a denial, making this appeal timely and proper.

WHEREFORE, AEC Services, Inc. hereby requests that this Honorable Court reverse the decision of the contracting officer, and enter judgment in its favor and against The United States, General Services Administration in the amount of $129,554.00 plus interest and costs of this action, and for such other and further relief as this Court deems appropriate.

Dated: August 22, 2005

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: ______________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
Email:BuildLawMD@aol.com
301-610-0021 fax

Attorneys for AEC Services, Inc.

**General Services Administration**
**National Capital Region**
**Washington, DC 20407**

12/23/99

AEC Services Inc.,
814 W. Diamond Ave., Suite 222
Gaithersburg, Md., 20878

Gentlemen:

Your offer in the amount of NET for all Government line items under contract GS-11P00MQD0008, to provide interior and exterior painting services for all GSA Buildings within the National Capitol Region have been accepted on behalf of the United States Government.

Enclosed are a signed copy of the executed contract and three copies of the required performance and payment bonds. Please provide these bonds to the following address within 15 days after receipt of this letter.

General Services Administration
DC South Service Delivery Team
Contracts Section
7th & D Sts., SW Room 2670
Washington, DC. 20407

If you need any further information concerning this project, please contact my office on (202) 708-7853 or Fax (202) 401-1976.

Sincerely,

Michael J. Vrobel

MICHAEL J. VROBEL
Contracting Officer

JAN -3 2000

OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

AEC Services Inc.,
814 W. Diamond Avenue
Gaithsburg, Md. 20878

15. TELEPHONE NO. (Include area code)
301-258-9419 Fax 301-258-9263

16. REMITTANCE ADDRESS (Include only if different than Item 14)

Same as block 14

CODE FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __________ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS**

Base Year Net % of Government Line Item Prices
Option Net % of Government Line Item Prices

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
Orlando Alvarado, Jr. President

20B. SIGNATURE
[signature]

20C. OFFER DATE
12/16/99

AWARD (To be completed by Government)

21. ITEM(S) ACCEPTED

All attached line items for Interior and Exterior Painting for all locations within the National Capitol Region.

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified)
ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304 (C) ( )  ☐ 41 U.S.C. 253 (c) ( )

26. ADMINISTERED BY CODE

GSA PBS NCR
DC South Service Delivery Team
Room 2670, 7th & D Sts SW
Wash DC 20407

27. PAYMENT WILL BE MADE BY

GSA Finance Division
Accounts Payable Br 7BCPC
Fort Worth Texas

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return __________ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print)
Orlando Alvarado Jr., President

31A. NAME OF CONTRACTING OFFICER (Type or print)
MICHAEL J. VROBEL

30B. SIGNATURE
[signature]

30C. DATE
12/16/99

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
12/23/99

STANDARD FORM 1442 BACK (REV. 4-85)

**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|
| GS-11P-00-MQD-0008 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | Dec 7, 1999 | 1 OF 2 |

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| | WPK-00-0053 | AEC |

| ISSUED BY CODE WPK | 8. ADDRESS OFFER TO WPK |
|---|---|
| General Services Administration<br>DC South Service Delivery Team<br>7th & D Streets, S.W.<br>Washington, DC 20407 | General Services Administration<br>DC South Service Delivery Team<br>7th & D Streets, S.W.<br>Washington, DC 20407 |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* |
|---|---|---|
| | Michael Vrobel VRO | (202)708-7853 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

See Attached

Provide all necessary labor, materials and supervision to provide Painting Services under an NCR Area Wide Term Construction Contract

AEC Services Inc., (hereinafter referred to as the contractor) will perform the work set forth in this contract according to the specifications and drawings and the terms and conditions pursuant to the provisions of Section 8(a) of the Small Business Act, as amended (15 USC 637 (a) and USC 253(c)(5).

This procurement is being conducted under the Direct Contracting Authority (MOU), between GSA and SBA dated May 16, 1998.

The Ordering limit for this contract is 1 million per year, for a base contract period and one option year.

11. The Contractor shall begin performance within 1 calendar days and complete it within 365 calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See ________.)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES", indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| ☒ YES ☐ NO | 15 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 3 copies to perform the work required are due at the place specified in Item 8 by 13:30 PM(hour) local time Dec 8, 1999 (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☐ is, ☒ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 1 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

May 26, 2005

***Certified Mail-Return Receipt Requested #7003 3110 0001 6080 8501***
Michael J. Vrobel, Contracting Officer
General Services Administrations
PBS NCR DC Services Division
Room 2670
7th and D Streets, SW
Washington, DC 20407

**REVISED NOTICE OF CLAIM**

***Re: AEC Services, Inc.***
***GSA Contract No. GS-11P00MQD0008 WPK00-053***

Dear Mr. Vrobel:

As you are aware, this office represents AEC Services, Inc., the GSA's painting contractor under the above referenced contract.

On March 15, 2004, AEC Services submitted its final invoice under the contract in the amount of $75,937.00 under the contract. On April 22, 2004, AEC Services followed up with a letter stating that the GSA Greater Southwest Finance Center is asking for an ACT Number before it can process the payment. By e-mail dated May 15, 2004, AEC Services again followed up its request for an ACT Number. To date, no information has been provided by your office.

By letter dated June 23, 2004 this office sent to you a request for a final contracting officer's decision. You responded by letter dated July 29, 2004 (copy attached). That letter appeared to mix this claim with a claim under GSA Contract No. GS-11P01YTD0090 WPJ-02-0213. Despite the confusion, the claim under the above referenced contract has been revised and is hereby submitted for your review and decision.

On behalf of AEC Services, I am hereby making a claim in the revised amount of $18,939

under the Contract Disputes Act. Under the contract disputes clause, paragraph (e), AEC Services is requesting that you render a final decision within sixty (60) days of this request.

Please feel free to contact me or Rick Lombardo, Project Manager for AEC Services, if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

Enclosures
DHS/ds
cc: AEC Services, Inc., w/ enclosures

AEC

GSA

GSA National Capital Region

July 29, 2004

RECEIVED AUG - 3 2004

Mr. Donald H. Spence, Jr. Esquire
Greenburg, Spence & Taylor, L.L.C.
51 Monroe Place Suite 707
Rockville, Maryland 20850-2406

Dear Mr. Spence:

This is to acknowledge receipt of a claim you submitted on behalf of your client, AEC Services, Inc. dated June 29, 2004 in the amount of $400,000.00. Please advise your client that I cannot treat this claim as a Request for a Contracting Officer's Final Decision, since the claim was not certified by your client as required by the "Disputes" Clause, paragraph 117 of the Construction Contract Clauses contained in Contract GS-11P00MQD0008.

Please remind you client that for me to grant this claim I will need specifics as to exactly what work was performed, the dates of performance, and which General Services Administration Contracting Officer authorized the work in writing. As soon as I receive this information from AEC Services, Inc., I shall immediately verify the facts and promptly dispose of this matter.

If you need any further information, please contact my office on (202) 708-7853 or Fax (202) 708-6838.

Sincerely,

Michael J. Vrobel

Michael J. Vrobel
Contracting Officer
General Services Administration
PBS NCR DC Service Center.

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

June 23, 2004

**Certified Mail-Return Receipt Requested**

Michael J. Vrobel, Contracting Officer
General Services Administrations
PBS NCR DC Services Division
Room 2670
7th and D Streets, SW
Washington, DC 20407

**NOTICE OF CLAIM**

***Re: AEC Services, Inc.***
***GSA Contract No. GS-11P00MQD0008 WPK00-053***

Dear Mr. Vrobel:

Please be advised that this office represents AEC Services, Inc., the GSA's painting contractor under the above referenced contract.

On March 15, 2004, AEC Services submitted its final invoice in the amount of $75,937.00 under the contract. On April 22, 2004, AEC Services followed up with a letter stating that the GSA Greater Southwest Finance Center is asking for an ACT Number before it can process the payment. By e-mail dated May 15, 2004, AEC Services again followed up its request for an ACT Number. Copies of these documents are attached. To date, no information has been provided by your office.

Pursuant to the disputes clause under the contract, FAR52.233-1, an invoice may be converted to a claim under the Contract Disputes Act if it is either disputed or not acted upon within a reasonable time. In this case, GSA has clearly not acted within a reasonable time and is in fact interfering with AEC Services' ability to obtain payment by failing to assign an ACT Number.

As a result, on behalf of AEC Services, please accept this letter as a formal submission of

a claim under the Contract Disputes Act. Under the contract disputes clause, paragraph (e), AEC Services is requesting that you render a decision within sixty (60) days of this request on AEC Services' claim.

Please feel free to contact me or Ed VanderMale, Project Manager for AEC Services, if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

Enclosures

DHS/tmw

cc: AEC Services, Inc., w/ Enclosures
Mike Bielaski, w/ Enclosures
Guy Miconi, w/ Enclosures

Subj ACT #s for GS-11P00MQD0008 and GS-11P01YTD0090 AEC project 0416002 and A160002
Date 5/17/2004 10:23:49 AM Eastern Standard Time
From evandermale@boldconcepts.com
To: mike vrobel@gsa.gov
CC orlando@aec-services.com, rmccool@boldconcepts.com, evandermale@boldconcepts.com

Mr. Vrobel,

AEC Services is trying to close out 2 contracts for GSA Painting Services Line Item Contract for Interior and Exterior painting for GSA Building in the National Capitol Region, Contract #: GS-11P00MQD0008, AEC Project Number 0416002 and Contract #: GS-11P01YTD0090, AEC Project Number A160002. I had spoken with you some time ago regarding invoicing for the bonds on the second contract. Per our conversation the bonds would be covered by the minimum amount guaranteed by the contract. AEC's initial invoice for the first year of the second contract and all subsequent invoices have generated requests for ACT numbers from the GSA Finance division, in Fort Worth Texas. I followed up our conversation about that first invoice with two letters, one for each contract, and have not received a response from your office on either one. I sent the m to the 7th and D street address and have attached copied to this email, in case they did not arrive. Please review them and issue AEC the appropriate act numbers so that we can invoice the projects.

If you have any questions, please contact me at 301-212-4144.

Sincerely

Ed VanderMale
Ph 301-212-4144
Cell 301-252-1975
Fax 301-258-9263

AEC SERVICES

814 W. Diamond Ave., Suite 22
Gaithersburg, Maryland 2087
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.con
www.aec-services.con

March 15, 2004

Mr. Michael J. Vrobel
General Services Administration
PBS NCR DC Services Division
Room 2670
7th and D Streets, SW
Washington, DC 20407

Re: Painting Services Line Item Contract
Pay Application No. 2 ***Final***
Invoice No. 1422
Contract No. GS-11P00MQD0008 WPK00-0053

Dear Michael J. Vrobel:

Attached is our Invoice **No. 1422** in the amount of **Seventy Five Thousand Nine Hundred Thirty Seven Dollars and no Cents ($75,937.00)** for the above referenced project.

Thank you for your attention to this matter and please give me a call if you should have any question.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

***Original Invoice mailed to Finance Division GSA Ft Worth TX***

**FedEx Express USA Airbill** FedEx Tracking Number 8455 8246 4529

0215 Sender's Copy

**1 From** Please print and press hard.

Date 03/16/04 Sender's FedEx Account Number 1851-4865-3

Sender's Name FRANK O'NEIL Phone (301) 258-9419 301-212-4133

Company AEC SERVICES INC

Address 814 W DIAMOND AVE Dept./Floor/Suite/Room

City GAITHERSBURG State MD ZIP 20878-1416

**2 Your Internal Billing Reference** 0416-002

**3 To** Recipient's Name GEN. SERVICES ADMINISTRATION Phone ( )

Company FINANCE DIVISION 7BCP

Address P.O. BOX 17114

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address 819 TAYLOR STREET Dept./Floor/Suite/Room

City FT WORTH State TX ZIP 76102

**4a Express Package Service** Packages up to 150 lbs. Delivery commitment may be later in some areas.

- [ ] FedEx Priority Overnight Next business morning
- [ ] FedEx Standard Overnight Next business afternoon
- [ ] FedEx First Overnight Earliest next business morning delivery to select locations
- [x] FedEx 2Day Second business day
- [ ] FedEx Express Saver Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** Packages over 150 lbs. Delivery commitment may be later in some areas.

- [ ] FedEx 1Day Freight* Next business day
- [ ] FedEx 2Day Freight Second business day
- [ ] FedEx 3Day Freight Third business day

* Call for Confirmation:

**5 Packaging** * Declared value limit $500

- [x] FedEx Envelope*
- [ ] FedEx Pak* Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
- [ ] Other

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery Available ONLY for FedEx Priority Overnight, FedEx 2Day, FedEx 1Day Freight, and FedEx 2Day Freight to select ZIP codes
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

**7 Payment** Bill to: Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. FedEx Use Only

**8 Release Signature** Sign to authorize delivery without obtaining signature.

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

447

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

Questions? Visit our Web site at fedex.com or call 1.800.Go.FedEx® 800.463.3339.

0271893347

---

**FedEx Express USA Airbill** FedEx Tracking Number 8455 8246 4518

0215 Sender's Copy

**1 From** Please print and press hard.

Date 03/16/04 Sender's FedEx Account Number 1851-4865-3

Sender's Name FRANK ONEIL Phone (301) 258-9419 301-212-4133

Company AEC SERVICES INC

Address 814 W DIAMOND AVE Dept./Floor/Suite/Room

City GAITHERSBURG State MD ZIP 20878-1416

**2 Your Internal Billing Reference** 0416-002

**3 To** Recipient's Name MR. MICHAEL J. VROBEL Phone ( )

Company GENERAL SERVICES ADMINISTRATION

Address PBS NCR DC SERVICES DIVISION

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address ROOM 2670 / 7TH & D STREETS SW Dept./Floor/Suite/Room

City WASHINGTON State DC ZIP 20407

**4a Express Package Service** Packages up to 150 lbs. Delivery commitment may be later in some areas.

- [ ] FedEx Priority Overnight Next business morning
- [ ] FedEx Standard Overnight Next business afternoon
- [ ] FedEx First Overnight Earliest next business morning delivery to select locations
- [x] FedEx 2Day Second business day
- [ ] FedEx Express Saver Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** Packages over 150 lbs. Delivery commitment may be later in some areas.

- [ ] FedEx 1Day Freight* Next business day
- [ ] FedEx 2Day Freight Second business day
- [ ] FedEx 3Day Freight Third business day

* Call for Confirmation:

**5 Packaging** * Declared value limit $500

- [x] FedEx Envelope*
- [ ] FedEx Pak* Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
- [ ] Other

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery Available ONLY for FedEx Priority Overnight, FedEx 2Day, FedEx 1Day Freight, and FedEx 2Day Freight to select ZIP codes
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

**7 Payment** Bill to: Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. FedEx Use Only

**8 Release Signature** Sign to authorize delivery without obtaining signature.

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

447

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

Questions? Visit our Web site at fedex.com

0271893347

******* INVOICE ******* PAGE: 1

AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

INVOICE NUMBER: 0001422-IN

INVOICE DATE: 03/15/04

GSA PBS NCR/ENGINEERING SER BR
Construction Section WPMOD
7th & D Sts, SW Room 2634
Washington DC 20407

CUSTOMER NO: GSA0416

JOB NUMBER: 0416002

CONTACT: MICHAEL J. VROBEL

BILL METHOD: FIXED CONTRACT

JOB DESC: PAINTING SERVICES LINE ITEM CONTRACT

COMMENT: GS-11P00MQD0008 WPK00-0053

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 100,000.00 |
| PERCENTAGE COMPLETED TO DATE: | 100.00% |
| BILLABLE CONTRACT AMOUNT: | 100,000.00 |
| LESS PREVIOUSLY INVOICED: | 24,063.00 |
| AMOUNT BILLABLE THIS INVOICE: | 75,937.00 |
| INVOICE TOTAL: | 75,937.00 |

---

# APPLICATION FOR PAYMENT

Date: 03/08/2004

GSA PBS NCR DC Services Division WPJ
Michael J Vrobel
Room 2670
7th and D Streets SW
Washington DC 20407-0001

Contractor: AEC Services Inc.
Address: 930 Kennedy Street
Suite 250
Washington, D.C. 20011

Application No.: 2 Contract Number: GS-11P00MQD0008
Order N( WPK-00-0053
Project: Painting Services Line Item Contract
Notice to Proceed Date: 12/23/1999

AEC Project #: 0416002

Contract Completion Date: 12/23/2000 Renewable

## APPLICATION SUMMARY

| | | | |
|---|---|---|---|
| 1. | 10% of the Contract Amount Year One | 100,000.00 | |
| 2. | Net Change by Contract Modifications | 0.00 | |
| 3. | Balance on Minimim | **100,000.00** | |
| 4. | Total Completed and Stored to Date | | 100,000.00 |
| 5. | Less Previous Applications for Payment | | 24,063.00 |
| 6. | **Current Payment Due** | | **75,937.00** |
| 7. | Contract Balance (line 3 less line 6) | 0.00 | |

The undersigned hereby certifies that the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous payments were received from General Services Administration, and that the current payment shown herein is now due.

Contractor Signature: [signature] 3/8/04

Ed VanderMale / Project Manager Date

## MODIFICATION SUMMARY

| | # | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Previously Approved | | 0.00 | |
| Approved this month | | 0.00 | 0.00 |
| | | | |
| | | | |

Net Change by Modifications: 0.00

## FUNDING SUMMARY

| Fund Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

Approved for Processing:
General Services Administration

COTR Date

0416002 Billing 1.xls

03/12/2004

(continued)

# APPLICATION FOR PAYMENT

Project: Painting Services Line Item Contract
Contract No.: GS-11P00MQD0008
Work order #: WPK-00-0053

Contractor: AEC Services Inc.
AEC Project # : 0416002
Application No.: 2
Date: 03/08/2004

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed Previous | Work Completed Current | Materials Stored This Period | Total Completed & Stored to Date | % Cplt. | Balance to Finish |
| 1 | Project 0416003 TOC #01 Child Development | $24,063.00 | $24,063.00 | $0.00 | $0.00 | $24,063.00 | 100% | $0.00 |
| 2 | Minimum Calender year 2000 10% of contract minus TOC#1 | $75,937.00 | $0.00 | $75,937.00 | $0.00 | $75,937.00 | 100% | $0.00 |
| | TOTALS | $100,000.00 | $24,063.00 | $75,937.00 | $0.00 | $100,000.00 | | $0.00 |

AEC SERVICES

814 W. Diamond Ave., Suite 2?
Gaithersburg, Maryland 2087
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.co
www.aec-services.co

**Painting Services Line Item Contract**

**GS-11P00MQD0008 WPK00-0053**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,

3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontra
ctor or supplier in
accordance with the terms and conditions of the subcontract.

Name: Frank O'Neil
Frank O'Neil

Date 08/15/04

814 W. Diamond Ave ite 2
Gaithersburg, Mar , 2081
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.co
www.aec-services.co

**Corporate Office**
930 Kennedy St., Suite 120
Washington, DC 20011
TEL: 202 • 723 • 9061
FAX: 202 • 723 • 9062

ı Contract

'K00-0053

ation

ontract

belief that:

ıance in accordance with the
contract

ıave been made from previous payments
yment will be made from the proceeds of
in accordance with subcontract agreements
:le 31, United States Code and,

ıot include the amounts which the prime
from a subcontra

ns of the subcontract.

allowed on the above referenced contract.
)0,000.00 a year and was renewable. AEC's
$100,000.00 for the first year, minus
ect, which was done during that year. The
asking for the ACT number before it can
ACT number on this contract so that the

01-212-4144 and my cell phone is 301-

_______

_______

*AEC Services, Inc. Claim under*
*GSA Contract No. GS-11P00MQD0008 WPK00-053*

**Part 1:** **Unabsorbed Overhead Claim**:

| | | |
|---|---|---|
| Guaranteed Minimum Price : Spec Section 00800 - Supplementary Conditions, Section 5, Paragraph 5.3 | $100,000 | |
| Delivery Orders issued | 24,063 | |
| Delivery Orders not issued | | 75,937 |

---

| | | |
|---|---|---|
| AEC Operating Expenses 1/1/00 – 12/31/00 (Exhibit 1) | $1,212,563 | |
| AEC Revenues 1/1/00 - 12/31/00 (Exhibit 1) | $6,595,094 | |
| Percentage: Operating Expenses / Revenues | 18.39% | |

---

| | | |
|---|---|---|
| Guaranteed Minimum price balance | $75,937 | |
| Percentage: Operating Expenses / Revenues | x .1839 | |
| Unabsorbed Overhead Claim | | $13,965 |

**Part 2:** **Bond Cost Claim:**

| | |
|---|---|
| Payment and performance bond obtained and delivered (Exhibit 2) | $4,000(est) |

**Part 3:** **Direct Cost Claim:**
(Not related to Delivery Orders)

| | | |
|---|---|---|
| Labor (4/10/01) (Exhibit 3) | $240 | |
| Project Management (9/17/01) (Exhibit 3) | 70 | |
| Project Management (2/4/04 - 8/17/04) (Exhibit 4) | 664 | |
| Total | | $974 |

**Total Amount Claimed:** **$18,939**

AEC Services, Inc.
Financial Information
For the Period January 1, 2000 - December 31, 2000

(08)

| Account | Job Number | Amount Billed |
|---|---|---|
| | 0405022 | 100.00 |
| | 0405024 | 5,586.00 |
| | 0405025 | 9,052.00 |
| | 0405026 | 21,646.80 |
| | 0405027 | 19,130.77 |
| | 0405028 | 2,658.00 |
| | 0405029 | 5,925.00 |
| | 0405030 | 17,610.97 |
| | 0405031 | 6,859.00 |
| | 0405032 | 10,149.00 |
| | 0409003 | 2,500.00 |
| | 0409005 | 3,163.00 |
| | 0409006 | 2,418.00 |
| | 0482005 | 1,506.09 |
| | 0482006 | (1,743.83) |
| | 0482009 | 18,612.74 |
| | 0482010 | 6,098.75 |
| | 0482011 | 3,644.66 |
| | 0482012 | 21,070.38 |
| | 0482013 | 4,671.89 |
| | 0489000 | 441,796.78 |
| | 0491000 | 17,546.03 |
| | 0491001 | 874.07 |
| | 0491002 | 1,280.46 |
| | 0491003 | 3,243.11 |
| | 0491004 | 3,341.91 |
| | 0491005 | 6,747.54 |
| | 0491006 | 647.65 |
| | 0491007 | 1,280.46 |
| | 0491008 | 488.26 |
| | 0491013 | 2,717.11 |
| | 0491014 | 1,694.14 |
| | 0491015 | 451.61 |
| | 0491016 | 2,019.11 |
| | 0491018 | 1,220.82 |
| | 0492001 | 13,084.00 |
| | 0492006 | 0.00 |
| | 0492007 | 10,387.78 |
| | 0492500 | 1,016.38 |
| | 0492501 | 41,060.34 |
| | 0492502 | 63,490.18 |
| | 0492503 | 75,197.23 |
| | 0492504 | 80,391.69 |
| | 0492505 | 37,682.15 |
| | 0492506 | 119,494.46 |
| | 0492507 | 71,726.00 |
| | 0492508 | 66,719.91 |
| | 0492509 | 3,037.42 |
| | 0496004 | 47,986.71 |
| | 0496005 | 8,423.13 |
| | 0496006 | 78,724.10 |
| | 0496007 | 7,318.10 |
| | 0496008 | 5,418.98 |
| | 1406003 | 479,195.17 |
| | 1417000 | 12,505.00 |
| | 1417001 | 10,829.30 |

ALL-STATE LEGAL® EXHIBIT 1

| | |
|---|---|
| 1417002 | 13,572.00 |
| 1417010 | 133,618.93 |
| 1417011 | 13,500.00 |
| 1417012 | 12,609.00 |
| 1417014 | 45,127.00 |
| 1417015 | 500.00 |
| 1417017 | 1,500.00 |
| 1417018 | 1,715.00 |
| 1417019 | 2,250.00 |
| 1417020 | 4,635.00 |
| 1417024 | 4,426.00 |
| 1417025 | 2,778.00 |
| 1417027 | 13,417.00 |
| 1417028 | 6,038.00 |
| 1417029 | 2,231.00 |
| 1417030 | 1,400.00 |
| 1417031 | 1,100.00 |
| 1417032 | 1,000.00 |
| 1417033 | 1,500.00 |
| 1417034 | 1,500.00 |
| 1417035 | 1,400.00 |
| 1417036 | 800.00 |
| 1417037 | 1,250.00 |
| 1417038 | 900.00 |
| 1417039 | 6,300.00 |
| 1417040 | 419.58 |
| 1417041 | 2,981.00 |
| 1417042 | 500.00 |
| 1417043 | 2,413.00 |
| 1417044 | 12,063.00 |
| 1417045 | 33,717.00 |
| 1417046 | 65,840.80 |
| 1417047 | 2,866.00 |
| 1417501 | 4,010.00 |
| 1417502 | 3,842.00 |
| 1417503 | 800.00 |
| 1417504 | 560.00 |
| 1417505 | 1,200.00 |
| 1417506 | 20,712.00 |
| 1417507 | 1,950.00 |
| 1417508 | 7,584.00 |
| 1417509 | 1,950.00 |
| 1417510 | 6,054.00 |
| 1417511 | 3,250.00 |
| 1419002 | 179,501.10 |
| 1426003 | 44,793.57 |
| 1426012 | 6,853.89 |
| 1426013 | 758,620.48 |
| 1430001 | 24,362.80 |
| 1453002 | 198,431.12 |
| 1468001 | 2,118.55 |
| 1494000 | 3,000.00 |
| A000002 | 48,000.00 |
| A000004 | 1,459.67 |
| A000005 | 2,147.34 |
| A000016 | 1,771.00 |
| A000017 | 366,124.00 |
| A000019 | 2,720.00 |
| A000020 | 2,600.00 |
| A000022 | 4,974.94 |
| A000024 | 31,415.31 |
| A000025 | 93,040.00 |
| A000027 | 199,592.80 |

| | | |
|---|---|---|
| | A0[illegible]029 | 37,550.00 |
| | A010002 | 67,276.00 |
| | A010003 | 458,743.00 |
| | A010004 | 312,978.85 |
| | A010005 | 323,855.25 |
| | A010006 | 202,413.77 |
| | A010007 | 58,040.75 |
| | A010008 | 53,161.05 |
| | A010009 | 99,574.62 |
| | A010010 | 79,641.00 |
| | A010011 | 201,313.58 |
| | A010012 | 141,082.42 |
| | A030002 | 9,615.00 |
| | A040004 | 185,628.00 |
| | ADM099 | 41,155.60 |
| | 0416003 | 24,063.30 |
| **Total Revenue for Above Period** | | 6,595,094.38 |

**Total Operating Expenses**

| | | |
|---|---|---|
| 4600 | Estimating / Bid Costs | 179,243.86 |
| 4610 | Safety Equipment / Supplies | (87.19) |
| 4799 | Office Services - Bold | 403,926.86 |
| 4800 | Auto Expense - Bold/D&M | 12,860.95 |
| 4805 | Commissions - Bold | 82,617.07 |
| 4810 | Marketing - Bold | 58,225.66 |
| 4820 | Consulting Fees - Bold | 231,625.05 |
| 5000 | Advertising/Marketing - AEC | 11,188.04 |
| 5020 | Bank Charges | 636.15 |
| 5030 | Contributions | 750.00 |
| 5040 | Depreciation | 2,266.82 |
| 5050 | Dues & Subscriptions | 349.72 |
| 5060 | Entertainment | 18,036.14 |
| 5065 | Insurance - Auto | 1,358.00 |
| 5073 | Insurance - Life | 2,151.00 |
| 5090 | Licenses & Permits | 768.00 |
| 5100 | Consulting Fees - AME | 95,416.54 |
| 5105 | Lease Expense | 8,035.91 |
| 5110 | Medical Expense & Insurance | 11,005.80 |
| 5120 | Office Supplies & Expenses | 19,264.03 |
| 5130 | Postage | 750.45 |
| 5140 | Professional/Accounting Fees | 7,085.00 |
| 5145 | Professional Training | 1,841.00 |
| 5150 | Rent | 10,276.14 |
| 5161 | Repairs & Maintenance - Auto | 2,189.65 |
| 5175 | Service Charges | 451.81 |
| 5190 | Taxes - FICA | 2,329.09 |
| 5200 | Taxes - Medicare | 544.71 |
| 5210 | Taxes - FUTA | 56.00 |
| 5220 | Taxes - MUIF | 190.00 |
| 5225 | Taxes - Other | 192.68 |
| 5230 | Telephone | 7,159.97 |
| 5250 | Wages - Administrative | 37,565.99 |
| 9500 | Interest Income | (13,077.86) |
| 9510 | Miscellaneous Income | (2,758.96) |
| 9515 | Garnishment Fees | (4.00) |
| 9700 | Interest Expense | 17,976.68 |
| 9710 | Miscellaneous Expense | 89.95 |
| 9740 | Penalties & Fines | 65.87 |
| **Total Expenses for Above Period** | | 1,212,562.58 |

**General Services Administration**
**National Capital Region**
**Washington, DC 20407**

January 11, 2000

AEC Services Inc.,
814 W. Diamond Avenue, Suite 222
Gaithersburg, Md. 20878

Gentlemen:

The performance and payment bonds submitted under Contract GS-11P00MQD0008 for Interior and Exterior Painting for all locations within the National Capitol Region have been accepted on behalf of the United States Government and notice to proceed with your contract is hereby granted.

Please sign and return this letter within 7 days after receipt to the following address:

General Services Administration
National Capitol Region
DC South Service Delivery Team
Room 2670, 7th & D Street SW
Washington DC. 20407

If you have any questions concerning this contract please contact my office on (202) 708-7853 or by fax (202) 401-1976.

Sincerely,

Michael J. Vrobel

MICHAEL J. VROBEL
Contracting Officer

Accepted for AEC Services, Inc.,

[signature] 1/12/00

Name Date

letter sent back on 1/12/00

EXHIBIT
2

ALL-STATE LEGAL®

AEC SERVICES, INC.

814 W. Diamond Avenue
Suite 222
Gaithersburg, M.D. 20878
Phone (301) 258-9419
Fax (301) 258- 9263

# LETTER OF TRANSMITTAL

| | |
|---|---|
| DATE 1/7/00 | JOB NO. 0416002 |
| ATTENTION Michael J. Vrobel | |
| RE: CS-11P-00-MQD-0008 | |

TO
General Services Administration
DC South Service Delivery Team
Room 2670, 7th & D Sts, SW
Washington, DC 20407

WE ARE SENDING YOU ☒ Attached ☐ Under separate cover via ______ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ______

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | | | Payment and Performance Bonds |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☒ For approval ☐ Approved as submitted ☐ Resubmit ______ copies for approval

☒ For your use ☐ Approved as noted ☐ Submit ______ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ______ corrected prints

☐ For review and comment ☐ ______

☐ FOR BIDS DUE ______ 19 ______ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS

Received by: Michael J Vrobel

Date: 1-11-2000

See attached Notice to Proceed letter.

Please return yellow copy in enclosed stamped envelope. Thank you.

SIGNED: Susan B Buenher

*If enclosures are not as noted, kindly notify us at once.*

Bond Number: B294 26 12

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) January 5, 2000 | FORM APPROVED OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, incding the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

PRINCIPAL (Legal name and business address)

AEC Services, Inc.
814 West Diamond Avenue, Suite 222
Gaithersburg, MD 20878

TYPE OF ORGANIZATION ("x" one)

- [ ] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [X] CORPORATION

STATE OF INCORPORATION: Maryland

SURETY(IES) (Name(s) and business address(es))

Reliance Insurance Company

Compliance Dept - Three Parkway, Philadelphia, PA 19102

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 150 | 000 | 00 |

| CONTRACT DATE | Contract #GS-11P00MQD0008 |
|---|---|
| December 23, 1999 | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. AEC Services, Inc. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Orlando Alvarado Jr. President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

SURETY A

| | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | Reliance Insurance Company<br>Compliance Dept - Three Parkway, Philadelphia, PA 19102 | STATE OF INC. PA | LIABILITY LIMIT $150,000.00<br>TREASURY LIMIT $104,673,000.00 | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. Jean Brooker Attorney-in-Fact | 2. | | |

CORPORATE SURETY(IES) (Continued)

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporation executing the bond as sureties must appear on the Department of the Treasury's List of the approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28), for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| PERFOR... NCE BOND (See instructions on reverse) B294 26 12 | DATE BOND EXECUTED (Mus... same or later than date of contract) January 5, 2000 | OMB NO. 90000045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("x" one) | | | |
|---|---|---|---|---|
| AEC Services, Inc.<br>814 West Diamond Avenue, Suite 222<br>Gaithersburg, MD 20878 | ☐ INDIVIDUAL<br>☐ JOINT VENTURE | | ☐ PARTNERSHIP<br>☒ CORPORATION | |
| | STATE OF INCORPORATION<br>Maryland | | | |
| SURETY(IES) (Name(s) and business address(es))<br>Reliance Insurance Company<br>Compliance Dept – Three Parkway<br>Philadelphia, PA 19102 | PENAL SUM OF BOND | | | |
| | MILLION(S) | THOUSAND(S)<br>300 | HUNDRED(S)<br>000 | CENTS<br>00 |
| | CONTRACT DATE<br>December 23, 1999 | | CONTRACT NO.<br>GS-11P00MQD0008 | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bind and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. AEC Services, Inc. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Orlando Alvarado Jr. President | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| SURETY A | | | | | |
|---|---|---|---|---|---|
| NAME & ADDRESS | Reliance Insurance Company<br>Compliance Dept - Three Parkway<br>Philadelphia, PA 19102 | STATE OF INC.<br>PA | | LIABILITY LIMIT<br>$300,000<br>TREASURY LIMIT<br>$104,673,000.00 | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. | | | |
| NAME(S) & TITLE(S) (Typed) | 1. Jean Brooker<br>Attorney-in-Fact | 2. | | | |

AUTHORIZED FOR LOCAL REPRODUCTION

Previous edition not usable

Prescribed by GSA – FAR (48 CFR) 53.228(b)

STANDARD FORM 25 (REV. 5-96)

CORPORATE SURETY(IES) (Continued)

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM | RATE PER THOUSAND | TOTAL |
|---|---|---|
| | First $100,000 = $25/M<br>Next $400,000 = $15/M<br>Next $2,000,000 = $10/M | $5,500.00 |

INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporation executing the bond as sureties must appear on the Department of the Treasury's List of the approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved their names and addresses shall appear ˥ the spaces (Surety A, Surety B, etc.) headed "CORPORATE 'RETY(IES)." In the space designated "SURETY(IES)" on the face of the form insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28), for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

THE FAC... THIS DOCUMENT HAS A COLORED BACKGROUN... N WHITE PAPER

**RELIANCE SURETY COMPANY**
**UNITED PACIFIC INSURANCE COMPANY**
**RELIANCE INSURANCE COMPANY**
**RELIANCE NATIONAL INDEMNITY COMPANY**

ADMINISTRATIVE OFFICE, PHILADELPHIA, PENNSYLVANIA

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that RELIANCE SURETY COMPANY is a corporation duly organized under the laws of the State of Delaware, and that RELIANCE INSURANCE COMPANY and UNITED PACIFIC INSURANCE COMPANY, are corporations duly organized under the laws of the Commonwealth of Pennsylvania and that RELIANCE NATIONAL INDEMNITY COMPANY is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called "the Companies") and that the Companies by virtue of signature and seals do hereby make, constitute and appoint Jean M. Feeney, Michael J. Cusack, Kevin A. White, Mark P. Herendeen, Jean Brooker, Susan M. Kedian., of Boston, Massachusetts their true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver for and on their behalf, and as their act and deed any and all bonds and undertakings of suretyship and to bind the Companies thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of the Companies and sealed and attested by one other of such officers, and hereby ratifies and confirms all that their said Attorney(s)-in-Fact may do in pursuance hereof.

This Power of Attorney is granted under and by the authority of Article VII of the By-Laws of RELIANCE SURETY COMPANY, RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, and RELIANCE NATIONAL INDEMNITY COMPANY which provisions are now in full force and effect, reading as follows:

ARTICLE VII - EXECUTION OF BONDS AND UNDERTAKINGS

1. The Board of Directors, the President, the Chairman of the Board, any Senior Vice President, any Vice President or Assistant Vice President or other officer designated by the Board of Directors shall have power and authority to (a) appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof, and (b) to remove any such Attorney(s)-in-Fact at any time and revoke the power and authority given to them.

2. Attorney(s)-in-Fact shall have power and authority, subject to the terms and limitations of the Power of Attorney issued to them, to execute deliver on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof. The corporate seal is not necessary for the validity of any bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.

3. Attorney(s)-in-Fact shall have power and authority to execute affidavits required to be attached to bonds, recognizances, contracts of indemnity or other conditional or obligatory undertakings and they shall also have power and authority to certify the financial statement of the Company and to copies of the By-Laws of the Company or any article or section thereof.

This Power of Attorney is signed and sealed by facsimile under and by authority of the following resolution adopted by the Executive and Finance Committees of the Boards of Directors of Reliance Insurance Company, United Pacific Insurance Company and Reliance National Indemnity Company by Unanimous Consent dated as of February 28, 1994 and by the Executive and Financial Committee of the Board of Directors of Reliance Surety Company by Unanimous Consent dated as of March 31, 1994.

"Resolved that the signatures of such directors and officers and the seal of the Company may be affixed to any such Power of Attorney or any certificates relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such Power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company, in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, the Companies have caused these presents to be signed and their corporate seals to be hereto affixed, this August 20, 1998.

RELIANCE SURETY COMPANY
RELIANCE INSURANCE COMPANY
UNITED PACIFIC INSURANCE COMPANY
RELIANCE NATIONAL INDEMNITY COMPANY

David T. Akers

STATE OF Pennsylvania
COUNTY OF Philadelphia } ss.

On this, August 20, 1998, before me, Valencia Wortham, personally appeared David T. Akers, who acknowledged himself to be the Senior Vice President of the Reliance Surety Company, and the Vice President of Reliance Insurance Company, United Pacific Insurance Company, and Reliance National Indemnity Company and that as such, being authorized to do so, executed the foregoing instrument for the purpose therein contained by signing the name of the corporation by himself as its duly authorized officer.

In witness whereof, I hereunto set my hand and official seal.

Notarial Seal
Valencia Wortham, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Nov. 16, 2000

Valencia Wortham
Notary Public in and for the State of Pennsylvania
Residing at Philadelphia

I, Anita Zippert, Secretary of RELIANCE SURETY COMPANY, RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, and RELIANCE NATIONAL INDEMNITY COMPANY do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 5th day of January 2000.

Anita Zippert
Secretary

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**General Services Administration**
**National Capital Region**
**Washington, DC 20407**

12/23/99

AEC Services Inc.,
814 W. Diamond Ave., Suite 222
Gaithersburg, Md., 20878

Gentlemen:

Your offer in the amount of NET for all Government line items under contract GS-11P00MQD0008, to provide interior and exterior painting services for all GSA Buildings within the National Capitol Region have been accepted on behalf of the United States Government.

Enclosed are a signed copy of the executed contract and three copies of the required performance and payment bonds. Please provide these bonds to the following address within 15 days after receipt of this letter.

General Services Administration
DC South Service Delivery Team
Contracts Section
7th & D Sts., SW Room 2670
Washington, DC. 20407

If you need any further information concerning this project, please contact my office on (202) 708-7853 or Fax (202) 401-1976.

Sincerely,

MICHAEL J. VROBEL
Contracting Officer

JAN -3 2000

AEC Services, Inc.

# JOB TRANSACTION DETAIL REPORT

JOB NUMBER: 0416002 GSA PAINTING INT & EXT.
JOB TYPE: DC Revenue - DC
JOB STATUS: X CLOSED JOB
CONTRACT NO: GS11P00MQD0008
% COMPLETE: .00%

CUSTOMER NO: GSA002
BILL METHOD: F FIXED
STATUS DATE: 04/30/03
CONTR DATE: 01/07/00
REPORTED DATE:

GSA PBS NCR/ENGINEERING SER BR
ESTIMATOR: D.SELVIDIO
MANAGER: E.VANDER
REV. CONTRACT: .00
REV. ESTIMATE: 310.13

START DATE:
COMPL DATE:
CALC% CMP: 100.00%

| COST CODE/ TRANS DATE | TYPE | SRC | REFERENCE/POSTING REMARKS | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED | % OF ESTMT |
|---|---|---|---|---|---|---|---|---|---|
| 01-0000 | | | General Requirements | | | | | | |
| | B | | Union Fringes U/M: HOUR | | 0.00 | | | 65.97 | |
| 04/10/01 | | PR | 000020684 000899 | Y | 0.00 | 0.00 | 30.56 | | 46.3% |
| 04/10/01 | | PR | BURDEN PAYROLL JOURNAL - PE: 04/10/01 | Y | 0.00 | 8.00 | 35.41 | | 53.7% |
| | | | COST TYPE B TOTAL: | | 8.25 | 8.00 | 65.97 | 65.97 | 100.0% |
| | L | | Labor U/M: HOUR | | 0.00 | | | 174.16 | |
| 04/10/01 | | PR | 000020684 000899 | Y | 21.77 | 8.00 | 174.16 | | 100.0% |
| | P | | Project Mgmt | | | | | 70.00 | |
| 09/17/01 | | AP | 01BOL001 0001910 8/28/01-9/10/01 | Y | | | 70.00 | | 100.0% |
| | | | COST CODE 01-0000 TOTAL: | | | | 310.13 | 310.13 | 100.0% |
| | | | JOB 0416002 TOTAL: | | | | 310.13 | 310.13 | 100.0% |



ALL-STATE LEGAL® EXHIBIT 3

| EmployeeName | ntComp | Expr1002 | Description | Hours | Rate | Cost | CostCode | Job | WorkDate |
|---|---|---|---|---|---|---|---|---|---|
| BOLDCONCEPTS\EVANDERMALE | AEC | 21-Aug-02 | | 2 | 60 | $ 120.00 | 01 Project Management | A160001 | 21-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 22-Aug-02 | Site visit photos etc | 7 | 60 | $ 420.00 | 01 Project Management | A160001 | 22-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 23-Aug-02 | | 7 | 60 | $ 420.00 | 01 Project Management | A160001 | 23-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 26-Aug-02 | | 8 | 60 | $ 480.00 | 01 Project Management | A160001 | 26-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 27-Aug-02 | | 8 | 60 | $ 480.00 | 01 Project Management | A160001 | 27-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 28-Aug-02 | | 5 | 60 | $ 300.00 | 01 Project Management | A160001 | 28-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 29-Aug-02 | Looked at "mast climbing work platform system" | 2 | 60 | $ 120.00 | 01 Project Management | A160001 | 29-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 30-Aug-02 | | 4 | 60 | $ 240.00 | 01 Project Management | A160001 | 30-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 10-Sep-02 | | 1 | 60 | $ 60.00 | 01 Project Management | a160001 | 10-Sep-02 |
| BOLDCONCEPTS\AJONES | AEC | 11-Sep-02 | working on proposal / sol. package/ making copies | 1.5 | 62 | $ 93.00 | 02 Estimating | A160001 | 11-Sep-02 |
| BOLDCONCEPTS\AJONES | AEC | 13-Sep-02 | REVISED SOL PACAKGE FOR AGENCY TO BE DELIVERED | 1 | 62 | $ 62.00 | 02 Estimating | A160001 | 13-Sep-02 |
| | | | | | | $ 2,795.00 | | | |
| | | | | | | | | | |
| BOLDCONCEPTS\AJONES | AEC | 04-Feb-04 | puting new job in bid list system | 0.5 | 71 | $ 35.50 | 01 Project Management | A160002 | 04-Feb-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 05-Feb-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 05-Feb-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 03-Mar-04 | | 3 | 69 | $ 207.00 | 01 Project Management | A160002 | 03-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 05-Mar-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 05-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 08-Mar-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 08-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 24-Mar-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 24-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 05-Apr-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 05-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 08-Apr-04 | | 2.5 | 69 | $ 172.50 | 01 Project Management | A160002 | 08-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 09-Apr-04 | | 4.5 | 69 | $ 310.50 | 01 Project Management | A160002 | 09-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 26-Mar-04 | | 2.5 | 69 | $ 172.50 | 01 Project Management | A160002 | 26-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 09-Mar-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 09-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 12-Mar-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 12-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 23-Mar-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 23-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 16-Apr-04 | | 3 | 69 | $ 207.00 | 01 Project Management | A160002 | 16-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 19-Apr-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 19-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 11-May-04 | | 0.5 | 69 | $ 34.50 | 01 Project Management | A160002 | 11-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 12-May-04 | | 3 | 69 | $ 207.00 | 01 Project Management | A160002 | 12-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 13-May-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 13-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 14-May-04 | | 5 | 69 | $ 345.00 | 01 Project Management | A160002 | 14-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 17-May-04 | | 4 | 69 | $ 276.00 | 01 Project Management | A160002 | 17-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 09-Jun-04 | | 0.5 | 69 | $ 34.50 | 01 Project Management | A160002 | 09-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 21-Jun-04 | | 0.5 | 69 | $ 34.50 | 01 Project Management | A160002 | 21-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 22-Jun-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 22-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 28-Jun-04 | | 0.1 | 69 | $ 6.90 | 01 Project Management | A160002 | 28-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 07-Jul-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 07-Jul-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 17-Aug-04 | | 2.5 | 69 | $ 172.50 | 01 Project Management | A160002 | 17-Aug-04 |
| | | | | | | $ 3,319.90 | | | |

20%
663.98

100K
+ 400K
500 K

100 / 500 = 20%

ALL-STATE LEGAL®
EXHIBIT
4

7003 3110 0001 6080 8501

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Michael J. Vrobel, GSA
Street, Apt. No.; or PO Box No.: PBS NCR DC Services Div., #2670
City, State, ZIP+4: 7th & D Streets, SW, Wash. DC 20407

PS Form 3800, June 2002 — See Reverse for Instructions

Page 1 of 1

# Track & Confirm

## Current Status

You entered 7003 3110 0001 6080 8501

Your item was delivered at 9:33 am on May 31, 2005 in WASHINGTON, DC 20407.

*Shipment Details >*

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

## Notification Options

▸ **Track & Confirm by email** What is this? Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

A160000

GSA

GSA National Capital Region

February 8, 2002

Orlando Alvarado, President
AEC Services Inc.
930 Kennedy Street NW, Suite 120
Washington, DC. 20011

Dear Mr. Alvarado:

Your price proposal dated December 3, 2001 for various painting line items under contract GS-11P01YTD0090 has been accepted on behalf of the United States Government to provide painting services under this term construction contract for all locations within the National Capitol Region.

The performance and payment bonds submitted by your firm have been accepted and you are hereby given notice to proceed with your contract effective March 1, 2002 to continue for one year. ← Bond # 1045285

Attached is a signed copy of your contract.

If you have and questions concerning this contract, please contact my office on (202) 708-7853 or by fax (202) 708-6838.

Sincerely,

Michael J. Vrobel
Contracting Officer

U.S. General Services Administration
301 7th Street SW
Washington, DC 20407-0001
www.gsa.gov

| SOLICITATION, OFFER, AND AWARD (CONSTRUCTION, ALTERATION, OR REPAIR) | 1. SOLICITATION NO. GS-11P02YTD0090 | 2. TYPE OF SOLICITATION RFP 8(A) TERM | 3. DATE ISSUED 01-30-2002 | PAGE OF PAGES |
|---|---|---|---|---|

**IMPORTANT - THE "OFFER" SECTION ON THE REVERSE MUST BE FULLY COMPLETED BY OFFEROR.**

| 4. CONTRACT NO. GS-11P02YTD0090 | 5. REQUISITION/PURCHASE REQUEST NO. WPJ-02-0213 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO |
|---|---|
| GSA PBS NCR DC SERVICES DIVISION WPJ<br>ROOM 2670 7TH & D STS SW<br>WASHINGTON, DC. 20407 | SAME AS BLOCK 7 |

| 9. FOR INFORMATION CALL | A. NAME MICHAEL J. VROBEL | B. TELEPHONE NO. (INCLUDE AREA CODE) 202 708-7853 FAX 708-6838 |
|---|---|---|

SOLICITATION

NOTE: IN SEALED BID SOLICITATION "OFFER" AND "OFFEROR" MEAN "BID" AND "BIDDER"

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (TITLE, IDENTIFYING NO., DATE):
THIS PROCUREMENT IS RESERVED FOR SMALL BUSINESS UNDER THE SMALL BUSINESS COMPETITIVENESS "DEMONSTRATION PROGRAM."

Furnish all necessary labor materials and equipment and supervision to Perform PAINTING Construction Services along for all GSA locations within the National Capitol Region under a Line Item Term Contract for a Base year with one (1) year renewal options with an ordering limit of $2 million per year.

This procurement is being made under the Direct Contracting Authority with AEC SERVICES INC,. accordance with Memorandum of Understanding datde May 6, 1998, Direct Contracting authority between the General Services Administration and the Small Business Administraton.

MOL IS $2,000,000 PER YEAR

11. THE CONTRACTOR SHALL BEGIN PERFORMANCE 1 CALENDAR DAYS AND COMPLETE IT 365 CALENDAR DAYS AFTER RECEIVING [ ] AWARD, [X] NOTICE TO PROCEED. THIS PERFORMANCE PERIOD IS [ ] MANDATORY, [X] NEGOTIABLE. (SEE ______________________.)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (IF "YES," INDICATE WITHIN HOW MANY CALENDAR DAYS AFTER AWARD IN ITEM 12B.)<br>[X] YES [ ] NO | 12B. CALENDAR DAYS<br>15 Cal days |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. SEALED OFFERS IN ORIGINAL AND 3 COPIES TO PERFORM THE WORK REQUIRED ARE DUE TO THE PLACE SPECIFIED IN ITEM 8 BY 2:30PM (HOURS) LOCAL TIME ______________ (DATE). IF THIS IS A SEALED BID SOLICITATION , OFFERS WILL BE PUBLICLY OPENED AT THAT TIME. SEALED ENVELOPES CONTAINING OFFERS SHALL BE SHALL BE MARKED TO SHOW THE OFFEROR'S NAME AND ADDRESS, THE SOLICITATION NUMBER, AND THE DATE AND TIME OFFERS ARE DUE.

B. AN OFFER GUARANTEE, [ ] IS, [X] IS NOT REQUIRED.

C. ALL OFFERS ARE SUBJECT OF THE (1) WORK REQUIREMENTS, AND (2) OTHER PROVISIONS AND CLAUSES INCORPORATED IN THE SOLICITATION IN FULL TEST OR BY REFERENCE.

D. OFFERS PROVIDING LESS THAN 60 CALENDAR DAYS FOR GOVERNMENT ACCEPTANCE AFTER THE DATE OFFERS ARE DUE WILL NOT BE CONSIDERED AND WILL BE REJECTED.

OFFER (MUST BE FULLY COMPLETED BY OFFEROR)

14. NAME AND ADDRESS OF OFFEROR (INCLUDE ZIP CODE)

AEC SERVICES INC
930 KENNEDY ST., SUITE 120
WASHINGTON, DC. 20011

CODE ______ FACILITY CODE ______

15. TELEPHONE NO. (INCLUDE AREA CODE) (202)723-9061

16. REMITTANCE ADDRESS (INCLUDE ONLY IF DIFFERENT THAN ITEM 14)

Same as block 14

17. THE OFFEROR AGREES TO PERFORM THE WORK REQUIRED AT THE PRICES SPECIFIED BELOW IN STRICT ACCORDANCE WITH THE TERMS OF THIS SOLICITATION, IF THIS OFFER IS ACCEPTED BY THE GOVERNMENT IN WRITING WITHIN ______ CALENDAR DAYS AFTER THE DATE OFFERS ARE DUE. (INSERT ANY NUMBER EQUAL TO OR GREATER THAT THE MINIMUM REQUIREMENT STATED IN ITEM 13D. FAILURE TO INSERT ANY NUMBER MEANS THE OFFEROR ACCEPTS THE MINIMUM IN ITEM 13D.)

AMOUNTS

BASE BID: Net the Government Estimate Prices

Option Period Net the Government Estimated Prices

18. THE OFFEROR AGREES TO FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS.

19. ACKNOWLEDGEMENT OF AMENDMENTS
(THE OFFEROR ACKNOWLEDGES RECEIPT OF AMENDMENTS TO THE SOLICITATION - GIVEN NUMBER AND DATE OF EACH)

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSONS AUTHRIZED TO SIGN OFFER (TYPE OR PRINT)

20B. SIGNATURE

20C. OFFER DATE

AWARD (TO BE COMPLETED BY GOVERNMENT)

21. ITEMS ACCEPTED:

Net the Government line item prices included in the specifications dated 12/03/2001 for a period of one year.

22. AMOUNT
See attached Prices

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 COPIES UNLESS OTHERWISE SPECIFIED)

ITEM 26

25. OTHER THAN FULL AND OPERN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c)( ) ☒ 41 U.S.C. 253(c)( )

26. ADMINISTERED BY CODE

GSA PBS NCR DC SERVICES DIVISION WPJ
Michael J Vrobel
ROOM 2670 7TH & D STS SW WASH DC 20407

27. PAYMENT WILL BE MADE BY

ACCOUNTS PAYABLE BR.
FINANCE DIVISION
FORT WORTH, TEXAS

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT (CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICER.) CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS OR PERFORM ALL WORK REQUIREMENTS IDENTIFIED ON THIS FORM AND ANY CONTINUATION SHEETS FOR THE CONSIDERATION STATED IN THIS CONTRACT. THE RIGHTS AND OBLIGATIONS OF THE PARTIES TO THE CONTRACT SHALL BE GOVERNED BY (a) THIS CONTRACT AWARD, (b) THE SOLICITATION, AND (c) THE CLAUSES, REPRESENTATIONS, CERTIFICATIONS, AND SPECIFICATIONS INCORPORATED BY REFERENCE IN OR

☒ 29. AWARD (CONTRACTOR IS NOT REQUIRED TO SIGN THIS DOCUMENT.) YOUR OFFER ON THIS SOLICITATION IS HEREBY ACCEPTED AS TO THE ITEMS LISTED. THIS AWARD CONSUMMATES THE CONTRACT, WHICH CONSISTS OF (a) THE GOVERNMENT SOLICITATION AND YOUR OFFER, AND (b) THIS CONTRACT AWARD. NO FURTHER CONTRACTUAL DOCUMENT IS NECESSARY.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (TYPE OR PRINT)
Orlando Alvarado, President

31A. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
MICHAEL J. VROBEL

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

31C. AWARD DATE

GSA

GSA National Capital Region

March 01, 2003

AEC Services Inc.,
930 Kennedy Street NW
Suite 250
Washington DC 20011

Gentlemen:

Attached is the renewal option of your contract GS-11P-02YTD-0090 effective March 1, 2003 for a period of one year. Your contract number of this renewal option in GS-11P-03-YTD-0090.

The ordering limit for this renewal option is $2,000,000 for the duration of this option.

You are requried to furnish a performance bond in the amount of $500,000 and an payment bond in the amount of $250,000 within 15 days after receipt of this notice to the following address.

General Services Administration
DC Service Center WPJ
Contracts Section
7th & D Sts., SW Sutie 2670 2670
Washington, DC. 20407

If you need any further information concerning this project, please contact my office on (202) 708-7853 or Fax (202) 708-6838

Sincerely,

Michael J. Vrobel

A160000

MICHAEL J. VROBEL
Contracting Officer

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 1

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 1 | 3. EFFECTIVE DATE Mar 4, 2003 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |

6. ISSUED BY CODE WPJ

GSA
DC Service Ctr
7th & D Sts, S.W.
Washington, DC 20407

Michael Vrobel (202)708-7853

7. ADMINISTERED BY (If other than Item 6) CODE

SEE BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and ZIP Code)

Vendor ID: 00007504
DUNS: 796010627

CAGE:

AEC Services, Inc.
930 Kennedy Street, NW
Suite 250
Washington DC 20011

CODE FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. GS-11P-03-YTD-0090

10B. DATED (SEE ITEM 13) Mar 1, 2003

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
192XP11270015425413

US 0.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). (such as changes in paying office, appropriation date, etc.) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) OPTION RENEWAL UNDER BASE CONTRACT |

**E. IMPORTANT:** Contractor [X] is not, ☐ is required to sign this document and return ____________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT GS11P02YTD0090 IS HEREBY MODIFIED TO EXERCISE THE OPTION PERIOD FROM 03/01/03 TO 02/27/04
THE ATTACHED DOL WAGE RATES WILL APPLY DURING THIS RENEWAL PERIOD AND THE ATTACHED LINE ITEM PRICING.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or Print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print)
Michael Vrobel (202)708-7853
Contracting Officer
michael.vrobel@gsa.gov

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Michael Vrobel
(Signature of Contracting Officer)

16C. DATE SIGNED Mar 1, 2003

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

May 27, 2005

***VIA CERTIFIED MAIL - RETURN RECEIPT #7003 3110 0001 6080 8518***
Michael J. Vrobel, Contracting Officer
General Services Administrations
PBS NCR DC Services Division
Room 2670
7th and D Streets, SW
Washington, DC 20407

**REVISED NOTICE OF CLAIM**

***Re: AEC Services, Inc.***
***GSA Contract No. GS-11P01YTD0090 WPJ-02-0213***
***(Renewed as GSA Contract No. GS-11P02YTD0090 WPJ-02-0213;***
***Renewed as GSA Contract No. GS-11P03YTD0090 WPJ-02-0213)***

Dear Mr. Vrobel:

As you are aware, this office represents AEC Services, Inc., the GSA's painting contractor under the above referenced contract.

On February 6, 2004, and March 15, 2004, AEC Services submitted its application number 1, invoice number 1404, pay application number 2, invoice number 1421 and pay application number 3, invoice number 1419, under the contract.

After the GSA received these invoices, the Greater Southwest Financial Center in Fort Worth, Texas notified AEC that the invoices could not be processed as they do not contain a GSA ACT number. On April 5, 2004, AEC wrote to you requesting an ACT number so the invoices could be processed. The request was reiterated by e-mail dated May 17, 2004. To date, no information has been provided by your office.

By letter dated June 29, 2004, this office sent to you a request for a final contracting officer's decision. You responded by letter dated July 29, 2004 (copy attached). That letter appears to mix this claim with a claim under GSA Contract No. GS-11P00MQD0008 WPK00-053. Despite this confusion, the claim under GSA Contract No. GS-11P01YTD0090 WPJ-02-0213, and its subsequent extensions, has been revised and is hereby resubmitted for your review and decision. The total amount of the claim is $129,554.

On behalf of AEC Services, please accept this letter as a formal submission of a claim under the Contract Disputes Act. Also enclosed is a certification of claim by AEC services as required by the disputes clause, paragraph (d). I am hereby requesting a contracting officer's final decision on this claim as soon as possible.

Please feel free to contact me or Rick Lombardo, Project Manager for AEC Services, if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

DHS/ds
Enclosures
cc: AEC Services, Inc., w/encls.

**CERTIFICATION OF REVISED CLAIM BY AEC SERVICES, INC.**
**UNDER CONTRACT NO. GS-11P01YTD0090**
May 27, 2005

I, Orlando Alvarado, President of AEC Services, Inc., hereby certify that the revised claim of AEC Services Inc. dated May 27, 2005, in the amount of $129,554, is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which AEC Services, Inc believes the government is liable; and that I am duly authorized to certify the claim on behalf of AEC Services, Inc.

Orlando Alvarado, President
AEC Services, Inc.

AEC

GSA

GSA National Capital Region

RECEIVED AUG - 3 2004

July 29, 2004

Mr. Donald H. Spence, Jr. Esquire
Greenburg, Spence & Taylor, L.L.C.
51 Monroe Place Suite 707
Rockville, Maryland 20850-2406

Dear Mr. Spence:

This is to acknowledge receipt of a claim you submitted on behalf of your client, AEC Services, Inc. dated June 29, 2004 in the amount of $400,000.00. Please advise your client that I cannot treat this claim as a Request for a Contracting Officer's Final Decision, since the claim was not certified by your client as required by the "Disputes" Clause, paragraph 117 of the Construction Contract Clauses contained in Contract GS-11P00MQD0008.

Please remind you client that for me to grant this claim I will need specifics as to exactly what work was performed, the dates of performance, and which General Services Administration Contracting Officer authorized the work in writing. As soon as I receive this information from AEC Services, Inc., I shall immediately verify the facts and promptly dispose of this matter.

If you need any further information, please contact my office on (202) 708-7853 or Fax (202) 708-6838.

Sincerely,

Michael J. Vrobel

Michael J. Vrobel
Contracting Officer
General Services Administration
PBS NCR DC Service Center.

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

June 23, 2004

**Certified Mail-Return Receipt Requested**

Michael J. Vrobel, Contracting Officer
General Services Administrations
PBS NCR DC Services Division
Room 2670
7th and D Streets, SW
Washington, DC 20407

**NOTICE OF CLAIM**

***Re: AEC Services, Inc.***
***GSA Contract No. GS-11P00MQD0008 WPK00-053***

Dear Mr. Vrobel:

Please be advised that this office represents AEC Services, Inc., the GSA's painting contractor under the above referenced contract.

On March 15, 2004, AEC Services submitted its final invoice in the amount of $75,937.00 under the contract. On April 22, 2004, AEC Services followed up with a letter stating that the GSA Greater Southwest Finance Center is asking for an ACT Number before it can process the payment. By e-mail dated May 15, 2004, AEC Services again followed up its request for an ACT Number. Copies of these documents are attached. To date, no information has been provided by your office.

Pursuant to the disputes clause under the contract, FAR52.233-1, an invoice may be converted to a claim under the Contract Disputes Act if it is either disputed or not acted upon within a reasonable time. In this case, GSA has clearly not acted within a reasonable time and is in fact interfering with AEC Services' ability to obtain payment by failing to assign an ACT Number.

As a result, on behalf of AEC Services, please accept this letter as a formal submission of

a claim under the Contract Disputes Act. Under the contract disputes clause, paragraph (e), AEC Services is requesting that you render a decision within sixty (60) days of this request on AEC Services' claim.

Please feel free to contact me or Ed VanderMale, Project Manager for AEC Services, if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

Enclosures

DHS/tmw

cc: AEC Services, Inc., w/ Enclosures
Mike Bielaski, w/ Enclosures
Guy Miconi, w/ Enclosures

| | |
|---|---|
| Subj: | **ACT #s for GS-11P00MQD0008 and GS-11P01YTD0090 AEC project 0416002 and A160002** |
| Date: | 5/17/2004 10:23:49 AM Eastern Standard Time |
| From: | evandermale@boldconcepts.com |
| To: | mike.vrobel@gsa.gov |
| CC: | orlando@aec-services.com, rmccool@boldconcepts.com, evandermale@boldconcepts.com |

Mr. Vrobel,

AEC Services is trying to close out 2 contracts for GSA Painting Services Line Item Contract for Interior and Exterior painting for GSA Building in the National Capitol Region, Contract #: GS-11P00MQD0008, AEC Project Number 0416002 and Contract #: GS-11P01YTD0090, AEC Project Number A160002. I had spoken with you some time ago regarding invoicing for the bonds on the second contract. Per our conversation the bonds would be covered by the minimum amount guaranteed by the contract. AEC's initial invoice for the first year of the second contract and all subsequent invoices have generated requests for ACT numbers from the GSA Finance division, in Fort Worth Texas. I followed up our conversation about that first invoice with two letters, one for each contract, and have not received a response from your office on either one. I sent the m to the 7th and D street address and have attached copied to this email, in case they did not arrive. Please review them and issue AEC the appropriate act numbers so that we can invoice the projects.

If you have any questions, please contact me at 301-212-4144.

Sincerely

Ed VanderMale
Ph 301-212-4144
Cell 301-252-1975
Fax 301-258-9263

AEC SERVICES

814 W. Diamond Ave., Suite 22
Gaithersburg, Maryland 2087
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.con
www.aec-services.con

March 15, 2004

Mr. Michael J. Vrobel
General Services Administration
PBS NCR DC Services Division
Room 2670
7th and D Streets, SW
Washington, DC 20407

Re: Painting Services Line Item Contract
Pay Application No. 2 ***Final***
Invoice No. 1422
Contract No. GS-11P00MQD0008 WPK00-0053

Dear Michael J. Vrobel:

Attached is our Invoice No. **1422** in the amount of **Seventy Five Thousand Nine Hundred Thirty Seven Dollars and no Cents ($75,937.00)** for the above referenced project.

Thank you for your attention to this matter and please give me a call if you should have any question.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

*Original Invoice mailed to Finance Division GSA Ft Worth TX*

**FedEx Express USA Airbill** FedEx Tracking Number 8455 8246 4529 — 0215 — Sender's Copy

1 From
Date 03/16/04
Sender's FedEx Account Number 1851-4865-3
Sender's Name FRANK ONEIL
Phone (301) 258-9419 / 301-212-4133
Company AEC SERVICES INC
Address 814 W DIAMOND AVE
City GAITHERSBURG State MD ZIP 20878-1416

2 Your Internal Billing Reference 0416-002

3 To
Recipient's Name GEN. SERVICES ADMINISTRATION Phone ( )
Company FINANCE DIVISION 7BCP
Address P.O. BOX 17114
Address 819 TAYLOR STREET
City FT WORTH State TX ZIP 76102

4a Express Package Service (Packages up to 150 lbs.)
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [x] FedEx 2Day
- [ ] FedEx Express Saver

4b Express Freight Service (Packages over 150 lbs.)
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No  [ ] Yes  [ ] Yes  [ ] Dry Ice
- [ ] Cargo Aircraft Only

7 Payment Bill to:
- [x] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value $ .00

8 Release Signature

447

Try online shipping at fedex.com
Questions? Visit our Web site at fedex.com or call 1.800.Go.FedEx® 800.463.3339.

0271893347

**FedEx Express USA Airbill** FedEx Tracking Number 8455 8246 4518 — 0215 — Sender's Copy

1 From
Date 03/16/04
Sender's FedEx Account Number 1851-4865-3
Sender's Name FRANK ONEIL
Phone (301) 258-9419 / 301-212-4133
Company AEC SERVICES INC
Address 814 W DIAMOND AVE
City GAITHERSBURG State MD ZIP 20878-1416

2 Your Internal Billing Reference 0416-002

3 To
Recipient's Name MR. MICHAEL J. VROBEL Phone ( )
Company GENERAL SERVICES ADMINISTRATION
Address PBS NCR DC SERVICES DIVISION
Address ROOM 2670 / 7th & D STREETS SW
City WASHINGTON State DC ZIP 20407

4a Express Package Service
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [x] FedEx 2Day
- [ ] FedEx Express Saver

4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

7 Payment Bill to:
- [x] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value $ .00

8 Release Signature

447

Try online shipping at fedex.com
Questions? Visit our Web site at fedex.com

0271893347

******* INVOICE ******* PAGE: 1

AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

INVOICE NUMBER: 0001422-IN
INVOICE DATE: 03/15/04

CUSTOMER NO: GSA0416

GSA PBS NCR/ENGINEERING SER BR
Construction Section WPMOD
7th & D Sts, SW Room 2634
Washington DC 20407

JOB NUMBER: 0416002

CONTACT: MICHAEL J. VROBEL
BILL METHOD: FIXED CONTRACT
JOB DESC: PAINTING SERVICES LINE ITEM CONTRACT
COMMENT: GS-11P00MQD0008 WPK00-0053

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 100,000.00 |
| PERCENTAGE COMPLETED TO DATE: | 100.00% |
| BILLABLE CONTRACT AMOUNT: | 100,000.00 |
| LESS PREVIOUSLY INVOICED: | 24,063.00 |
| AMOUNT BILLABLE THIS INVOICE: | 75,937.00 |
| INVOICE TOTAL: | 75,937.00 |

---

# APPLICATION FOR PAYMENT

Date: 03/08/2004

GSA PBS NCR DC Services Division WPJ
Michael J Vrobel
Room 2670
7th and D Streets SW
Washington DC 20407-0001

Contractor: AEC Services Inc.
Address: 930 Kennedy Street
Suite 250
Washington, D.C. 20011

AEC Project #: 0416002

Application No.: 2 Contract Number: GS-11P00MQD0008
Order N( WPK-00-0053
Project: Painting Services Line Item Contract
Notice to Proceed Date: 12/23/1999

Contract Completion Date: 12/23/2000 Renewable

## APPLICATION SUMMARY

| | | | |
|---|---|---|---|
| 1. | 10% of the Contract Amount Year One | 100,000.00 | |
| 2. | Net Change by Contract Modifications | 0.00 | |
| 3. | Balance on Minimim | **100,000.00** | |
| 4. | Total Completed and Stored to Date | | 100,000.00 |
| 5. | Less Previous Applications for Payment | | 24,063.00 |
| 6. | **Current Payment Due** | | **75,937.00** |
| 7. | Contract Balance (line 3 less line 6) | 0.00 | |

The undersigned hereby certifies that the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous payments were received from General Services Administration, and that the current payment shown herein is now due.

Contractor Signature: [signature] 3/8/04

Ed VanderMale / Project Manager Date

## MODIFICATION SUMMARY

| | # | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Previously Approved | [illegible] | 0.00 | |
| Approved this month | | 0.00 | 0.00 |
| | | | |
| | | | |

Net Change by Modifications: 0.00

## FUNDING SUMMARY

| Fund Number | Amount |
|---|---|
| | |

Approved for Processing :
General Services Administration

COTR Date

0416002 Billing 1.xls 03/12/2004

(continued)

# APPLICATION FOR PAYMENT

Project: Painting Services Line Item Contract
Contract No.: GS-11P00MQD0008
Work order #: WPK-00-0053

Contractor: AEC Services Inc.
AEC Project # : 0416002
Application No.: 2
Date: 03/08/2004

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed Previous | Work Completed Current | Materials Stored This Period | Total Completed & Stored to Date | % Cplt. | Balance to Finish |
| 1 | Project 0416003 TOC #01 Child Development | $24,063.00 | $24,063.00 | $0.00 | $0.00 | $24,063.00 | 100% | $0.00 |
| 2 | Minimum Calender year 2000 10% of contract minus TOC#1 | $75,937.00 | $0.00 | $75,937.00 | $0.00 | $75,937.00 | 100% | $0.00 |
| | TOTALS | $100,000.00 | $24,063.00 | $75,937.00 | $0.00 | $100,000.00 | | $0.00 |

AEC SERVICES

814 W. Diamond Ave., Suite 2
Gaithersburg, Maryland 2087
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.co
www.aec-services.co

Painting Services Line Item Contract

GS-11P00MQD0008 WPK00-0053

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,

3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontra
ctor or supplier in
accordance with the terms and conditions of the subcontract.

Name: Frank ONeil
Frank O'Neil

Date 03/15/01

814 W. Diamond A ite 2
Gaithersburg, Mar , 2081
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.co
www.aec-services.co

Corporate Office
930 Kennedy St., Suite 120
Washington, DC 20011
TEL: 202 • 723 • 9061
FAX: 202 • 723 • 9062

ı Contract

'K00-0053

ation

ontract

belief that:

ıance in accordance with the
contract

ıave been made from previous payments
yment will be made from the proceeds of
in accordance with subcontract agreements
ːle 31, United States Code and,

ıot include the amounts which the prime
from a subcontra

ns of the subcontract.

allowed on the above referenced contract.
)0,000.00 a year and was renewable. AEC's
$100,000.00 for the first year, minus
ect, which was done during that year. The
asking for the ACT number before it can
ACT number on this contract so that the

01-212-4144 and my cell phone is 301-

***AEC Services, Inc. Claim under***
***GSA Contract No. GS-11P01YTD0090 WPJ-02-0213***
***(Renewed as GSA Contract No. GS-11P02YTD0090 WPJ-02-0213;***
***Renewed as GSA Contract No. GS-11P03YTD0090 WPJ-02-0213)***

**Part 1:** **Unabsorbed Overhead Claim**:

| | | | | |
|---|---|---|---|---|
| Guaranteed Minimum Price : Spec Section 00800 - Supplementary Conditions, Section 5, Paragraph 5.3 | | | | |
| | Year 1 | | $200,000 | |
| | Year 2 | | 200,000 | |
| Delivery Orders issued | | | 0 | |
| Delivery Orders not issued | | | | $400,000 |

---

| | | | | |
|---|---|---|---|---|
| AEC Operating Expenses | 3/1/02 – 3/1/03 | (Exhibit 1) | $1,630,281 | |
| | 3/1/03 - 3/1/04 | (Exhibit 2) | 1,548,439 | |
| AEC Revenues | 3/1/02 - 3/1/03 | (Exhibit 1) | $11,716,777 | |
| | 3/1/03 - 3/1/04 | (Exhibit 2) | 7,744,055 | |
| Percentage: Operating Expenses / Revenues | 3/1/02 - 3/1/03 | | 13.9% | |
| | 3/1/03 - 3/1/04 | | 20.0 | |

---

| | | | |
|---|---|---|---|
| Guaranteed Minimum price balance: | Year 1 | $200,000 | |
| | Year 2 | $200,000 | |
| Percentage: Operating Expenses / Revenues | Year 1 | x .1390 | |
| | Year 2 | x .2000 | |
| Unabsorbed Overhead Claim: | Year 1 | $27,820 | |
| | Year 2 | $40,000 | |
| Total Part 1 | | | $67,280 |

**Part 2: Bond Cost Claim:**

Performance and Payment Bonds: (Exhibit 3)

| | | |
|---|---|---|
| AON Risk Services 4/09/02 | $8,500 | |
| AON Risk Services 5/20/03 | $8,500 | |
| Total Bond Cost: | | $17,000 |

**Part 3: Lost Profit Claim:**

National Building Museum Project: Lost profit on unit price work (Exhibit 4)

| | | |
|---|---|---|
| Prepriced and Non Prepriced Paint Unit Price work $211,773 x 10% (Ex 4, pg 8) | $21,773 | |
| Subcontract work (Scaffolding)(Ex 4, pg 9) | $17,078 | |
| Total Lost Profit | | $38,851 |

**Part 4: Direct Cost Claim:**

| | | |
|---|---|---|
| Project Management/Estimating/Other: 3/31/02 - 4/23/03 (Exhibit 3) | $972 | |
| Project Management/Estimating: 8/21/02 - 9/13/02 (Exhibit 5) | $2,795 | |
| Project Management (2/4/04 - 8/17/04) 80% of $3,319.90 (Exhibit 5) | $2,656 | |
| Total Direct Cost | | $6,423 |

**Total Amount Claimed: $129,554**

**AEC Services, Inc.**
Financial Information
For the Period March 1, 2002 - March 1, 2003

| Account | Job Number | Amount Billed |
|---|---|---|
| | 0405044 | 27,966.00 |
| | 0405046 | 100.00 |
| | 0405049 | 2,947.00 |
| | 0405051 | 64,660.00 |
| | 0405054 | 18,091.00 |
| | 0405055 | 7,080.00 |
| | 0405056 | 12,883.00 |
| | 0405057 | 21,088.00 |
| | 0405060 | 20,322.00 |
| | 0405061 | 31,246.00 |
| | 0405062 | 15,798.00 |
| | 0405063 | 3,626.00 |
| | 0482014 | 22,715.62 |
| | 0482015 | 5,731.56 |
| | 0491033 | 22,118.24 |
| | 0491034 | 2,366.00 |
| | 0491040 | 2,116.63 |
| | 0491041 | 21,698.00 |
| | 0491042 | 337.50 |
| | 0491043 | 19,454.08 |
| | 0492006 | 62,840.07 |
| | 0492512 | (7,020.50) |
| | A010014 | 111,394.25 |
| | A040005 | 2,367.00 |
| | A040006 | 5,492.00 |
| | A040009 | 105,836.16 |
| | A040010 | 357,948.00 |
| | A040014 | 24,472.00 |
| | A040017 | 203,754.00 |
| | A040020 | 78,163.00 |
| | A040021 | 30,522.00 |
| | A040025 | 383,527.00 |
| | A100016 | 647,004.97 |
| | A100034 | 534,401.16 |
| | A130001 | 170,296.00 |
| | A130002 | 155,143.00 |
| | A130003 | 11,686.00 |
| | A130005 | 149,695.00 |
| | A130008 | 3,213,049.00 |
| | A130009 | 9,316.08 |
| | A130010 | 53,667.00 |
| | A130012 | 55,441.00 |
| | A130014 | 814,680.00 |
| | A130015 | 15,163.00 |
| | A130016 | 17,474.00 |
| | A130017 | 110,009.00 |
| | A130018 | 71,420.00 |
| | A130019 | 6,738.00 |
| | A130020 | 108,831.00 |
| | A130021 | 113,665.00 |
| | A150008 | 290.78 |
| | A150011 | 1,047.00 |
| | A150012 | 5,650.00 |
| | A170001 | 14,716.00 |
| | A170002 | 24,287.00 |
| | A170003 | 66,123.00 |
| | A190001 | 113,968.00 |

ALL-STATE LEGAL® EXHIBIT 1

| | |
|---|---|
| A190002 | 8,274.00 |
| A190003 | 17,560.00 |
| A190004 | 82,975.00 |
| A190005 | 18,097.00 |
| A190006 | 6,174.00 |
| A190007 | 3,782.00 |
| A190008 | 2,966.00 |
| A190009 | 5,379.00 |
| A190010 | 2,281.00 |
| A190011 | 3,875.00 |
| A190012 | 21,478.00 |
| A190013 | 5,592.00 |
| A190014 | 6,999.00 |
| A190015 | 6,415.00 |
| A190016 | 5,269.00 |
| A190017 | 5,834.00 |
| A190018 | 12,990.00 |
| A190019 | 5,214.00 |
| A190020 | 1,740.00 |
| A190021 | 4,064.00 |
| A190022 | 6,410.00 |
| A190023 | 3,260.00 |
| A190024 | 4,507.00 |
| A190025 | 7,502.00 |
| A200001 | 232,904.00 |
| A200002 | 59,320.00 |
| A200007 | 932,480.30 |
| A200008 | 789,357.00 |
| A200009 | 36,079.57 |
| A200010 | 288,767.00 |
| A200016 | 506,408.00 |
| A200018 | 159,881.00 |
| A200022 | 750.00 |
| A200025 | 29,900.00 |
| A200031 | 53,237.16 |
| A200034 | 64,400.00 |
| A260001 | 149,255.00 |

**Total Revenue for Above Period** 11,716,776.63

**Total Operating Expenses**

| | | |
|---|---|---|
| 4600 | Estimating / Bid Costs | 251,632.96 |
| 4799 | Office Services - Bold | 660,069.83 |
| 4800 | Auto Expense - Bold/D&M | 4,068.36 |
| 4810 | Marketing - Bold | 120,268.00 |
| 4820 | Consulting Fees - Bold | 187,685.59 |
| 5000 | Advertising/Marketing - AEC | 6,668.95 |
| 5020 | Bank Charges | 2,532.51 |
| 5030 | Contributions | 285.00 |
| 5032 | Consulting Fees | 7,200.00 |
| 5040 | Depreciation | 3,537.53 |
| 5045 | Donations | 270.00 |
| 5060 | Entertainment | 6,145.58 |
| 5065 | Insurance - Auto | 2,039.03 |
| 5073 | Insurance - Life | 1,636.00 |
| 5090 | Licenses & Permits | 2,607.00 |
| 5100 | Consulting Fees - AME | 169,539.64 |
| 5110 | Medical Expense & Insurance | 13,263.52 |
| 5120 | Office Supplies & Expenses | 17,322.89 |
| 5140 | Professional/Accounting Fees | 16,404.30 |
| 5145 | Professional Training | 0.00 |
| 5150 | Rent | 20,125.06 |

| | | |
|---|---|---|
| 5160 | Repairs & Maintenance | 135.86 |
| 5161 | Repairs & Maintena e - Auto | 14,258.97 |
| 5175 | Service Charges | 613.90 |
| 5190 | Taxes - FICA | 2,217.12 |
| 5200 | Taxes - Medicare | 518.50 |
| 5210 | Taxes - FUTA | 56.20 |
| 5220 | Taxes - MUIF | 875.15 |
| 5225 | Taxes - Other | 473.24 |
| 5230 | Telephone | 5,640.30 |
| 5245 | Travel | 4,537.43 |
| 5260 | Wages - Officer | 35,760.00 |
| 5265 | Wages - Bonus | 0.00 |
| 8000 | Owner's Expenses | 11,968.47 |
| 8005 | Owner's Meals & Entertainment | 9,421.33 |
| 8010 | Owner's Professional Fees | 10,465.20 |
| 8015 | Owner's Other Vehicle Expense | 5,786.76 |
| 9500 | Interest Income | (2,516.44) |
| 9510 | Miscellaneous Income | (1,115.93) |
| 9530 | Gain On Disposal | (329.07) |
| 9700 | Interest Expense | 29,533.81 |
| 9710 | Miscellaneous Expense | (18.12) |
| 9730 | Loss on Disposal | 8,642.98 |
| 9740 | Penalties & Fines | 54.00 |

**Total Expenses for Above Period** 1,630,281.41

**AEC Services, Inc.**
Financial Information
For the Period March 1, 2003 - March 1, 2004

| Account | Job Number | Amount Billed |
|---|---|---|
| | 0405060 | 30,112.00 |
| | 0405062 | 2,478.00 |
| | 0405065 | 113,364.00 |
| | 0405066 | 200,000.00 |
| | 0491045 | 947.02 |
| | 0491046 | 477.34 |
| | 0491047 | 948.10 |
| | 0491048 | 564.84 |
| | A000023 | 28,151.77 |
| | A040010 | 12,243.00 |
| | A040017 | 10,921.00 |
| | A040025 | 134,447.00 |
| | A100016 | 96,050.32 |
| | A100034 | (296,413.96) |
| | A130001 | (12,568.85) |
| | A130002 | (2,946.58) |
| | A130003 | (1,095.93) |
| | A130005 | 9,455.06 |
| | A130008 | 25,953.00 |
| | A130009 | (145.61) |
| | A130010 | 5,149.79 |
| | A130012 | 3,500.00 |
| | A130014 | 51,422.29 |
| | A130015 | 957.06 |
| | A130016 | 266,379.04 |
| | A130017 | 6,977.13 |
| | A130018 | 4,508.35 |
| | A130019 | 32,530.49 |
| | A130020 | 6,869.03 |
| | A130021 | 7,174.38 |
| | A160002 | 0.00 |
| | A170003 | 6,773.00 |
| | A170004 | 8,350.00 |
| | A170005 | 5,140.00 |
| | A170006 | 33,380.00 |
| | A170007 | 1,800.00 |
| | A170008 | 8,469.00 |
| | A190026 | 87,215.00 |
| | A190027 | 3,417.00 |
| | A190028 | 2,890.00 |
| | A190029 | 3,995.00 |
| | A190030 | 3,599.00 |
| | A190031 | 14,165.00 |
| | A190032 | 376.00 |
| | A190033 | 26,095.00 |
| | A190034 | 9,102.00 |
| | A190035 | 7,611.00 |
| | A190036 | 18,089.00 |
| | A190037 | 4,190.00 |
| | A190039 | 8,957.00 |
| | A190040 | 3,084.00 |
| | A200001 | 11,771.00 |
| | A200002 | 636,037.78 |
| | A200007 | 988,795.03 |
| | A200008 | 1,028,778.15 |
| | A200014 | 301,761.00 |
| | A200015 | 155,850.00 |

ALL-STATE LEGAL® EXHIBIT 2

| | |
|---|---|
| A200016 | 1,125,451.00 |
| A200018 | 576,310.78 |
| A200030 | 99,690.00 |
| A200031 | 110,255.26 |
| A240001 | 100,000.00 |
| A250001 | 49,228.00 |
| A250002 | 352,177.00 |
| A250003 | 46,011.00 |
| A250004 | 110,219.00 |
| A250006 | 115,542.00 |
| A250007 | 59,895.00 |
| A250008 | 46,279.00 |
| A250012 | 17,027.00 |
| A250018 | 39,427.00 |
| A260002 | 12,365.00 |
| A260003 | 81,614.00 |
| A260004 | 30,979.00 |
| A260005 | 392,352.00 |
| A260006 | 79,142.00 |
| A260007 | 30,243.00 |
| A260009 | 15,390.00 |
| A260010 | 2,828.00 |
| A260011 | 2,912.00 |
| A300005 | 531.00 |
| A300006 | 16,158.00 |
| A310001 | 1,956.15 |
| A330001 | 71,974.00 |
| AH30001 | 40,000.00 |

**Total Revenue for Above Period** 7,744,055.23

**Total Operating Expenses**

| | | |
|---|---|---|
| 4600 | Estimating / Bid Costs | (66,977.48) |
| 4799 | Office Services - Bold | 653,981.73 |
| 4800 | Auto Expense - Bold/D&M | 8,743.16 |
| 4810 | Marketing - Bold | 31,486.50 |
| 4820 | Consulting Fees - Bold | 566,066.60 |
| 5000 | Advertising/Marketing - AEC | 2,377.25 |
| 5020 | Bank Charges | 7,306.70 |
| 5030 | Contributions | 465.00 |
| 5032 | Consulting Fees | 0.00 |
| 5040 | Depreciation | 5,125.22 |
| 5050 | Dues & Subscriptions | 120.00 |
| 5060 | Entertainment | 603.66 |
| 5065 | Insurance - Auto | 1,896.35 |
| 5073 | Insurance - Life | 1,636.00 |
| 5090 | Licenses & Permits | 1,387.00 |
| 5100 | Consulting Fees - AME | 0.00 |
| 5110 | Medical Expense & Insurance | 17,329.53 |
| 5120 | Office Supplies & Expenses | 10,395.31 |
| 5140 | Professional/Accounting Fees | 34,938.29 |
| 5150 | Rent | 7,761.13 |
| 5160 | Repairs & Maintenance | 2,500.00 |
| 5161 | Repairs & Maintenance - Auto | 8,830.60 |
| 5165 | SEP Contribution | 25,164.45 |
| 5175 | Service Charges | 370.00 |
| 5190 | Taxes - FICA | 5,818.08 |
| 5200 | Taxes - Medicare | 1,699.90 |
| 5210 | Taxes - FUTA | 56.35 |
| 5220 | Taxes - MUIF | 625.48 |
| 5225 | Taxes - Other | 100.00 |
| 5230 | Telephone | 2,518.56 |

| | | |
|---|---|---|
| 5245 | Travel | 2,556.22 |
| 5260 | Wages - Officer | 117,235.00 |
| 8000 | Owner's Expenses | 69,848.97 |
| 8005 | Owner's Meals & Entertainment | 16,808.60 |
| 8010 | Owner's Professional Fees | 1,500.00 |
| 8015 | Owner's Other Vehicle Expense | 766.81 |
| 9500 | Interest Income | (5,658.85) |
| 9510 | Miscellaneous Income | (8,349.93) |
| 9515 | Garnishment Fees | (4.00) |
| 9535 | Prior Year Insurance Adj | 19,099.38 |
| 9700 | Interest Expense | 1,510.19 |
| 9710 | Miscellaneous Expense | 435.20 |
| 9730 | Loss on Disposal | 0.00 |
| 9740 | Penalties & Fines | 366.00 |
| **Total Expenses for Above Period** | | 1,548,438.96 |

NBM (90)

AEC Services, Inc.

# JOB TRANSACTION DETAIL REPORT

JOB NUMBER: A160000 TOC - PAINTING FOR GSA
JOB TYPE: NDC 8(a) Negotiated
JOB STATUS: X CLOSED JOB
CONTRACT NO: GS11P02YTD0090
% COMPLETE: .00%

CUSTOMER NO: GSA160
BILL METHOD: F FIXED
STATUS DATE: 09/30/03
CONTR DATE: 04/02/02
REPORTED DATE:

GENERAL SERVICES ADMIN.
ESTIMATOR: D.SELVIDIO
MANAGER: E.VANDER
REV. CONTRACT: .00
REV. ESTIMATE: 17,971.77

START DATE:
COMPL DATE:
CALC% CMP: 100.00%

| COST CODE/ TRANS DATE | TYPE | SRC | REFERENCE/POSTING REMARKS | | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED | % OF ESTMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-0000 | | | General Requirements | | | | | | | | |
| | P | | Project Mgmt | | | | | | | 172.00 | |
| 07/23/02 | | AP | 01BOL001 | 0002484 | BOLD CONCEPTS, INC. | Y | | | 60.00 | | 34.9% |
| 09/30/02 | | AP | 01BOL001 | 0002632 | BOLD CONCEPTS, INC. | Y | | | 50.00 | | 29.1% |
| 04/23/03 | | AP | 01BOL001 | 0003024 | BOLD CONCEPTS, INC. | Y | | | 62.00 | | 36.0% |
| | | | | | COST TYPE P TOTAL: | | | | 172.00 | 172.00 | 100.0% |
| | T | | Estimating | | | | | | | 768.00 | |
| 03/04/03 | | JC | 0000132 | | FROM G/L 4600 | Y | | | 768.00 | | 100.0% |
| | X | | Other | | | | | | | 31.77 | |
| 03/31/02 | | JC | 0000095 | | Fed-Ex | Y | | | 8.25 | | 26.0% |
| 03/25/03 | | AP | 00FED001 | 4632-49209 | FEDEX | Y | | | 11.76 | | 37.0% |
| 04/09/03 | | AP | 00FED001 | 4633-32269 | FEDEX | Y | | | 11.76 | | 37.0% |
| | | | | | COST TYPE X TOTAL: | | | | 31.77 | 31.77 | 100.0% |
| | | | | | COST CODE 01-0000 TOTAL: | | | | 971.77 | 971.77 | 100.0% |
| 01-0068 | | | Insurance/Bonds | | | | | | | | |
| | I | | Bonds | | | | | | | 17,000.00 | |
| 04/09/02 | | AP | 00AON001 | A160000 | AON RISK SERVICES | Y | | | 8,500.00 | | 50.0% |
| 05/20/03 | | AP | 00AON001 | A160000/1 | AON RISK SERVICES | Y | | | 8,500.00 | | 50.0% |
| | | | | | COST TYPE I TOTAL: | | | | 17,000.00 | 17,000.00 | 100.0% |
| | | | | | COST CODE 01-0068 TOTAL: | | | | 17,000.00 | 17,000.00 | 100.0% |
| | | | | | JOB A160000 TOTAL: | | | | 17,971.77 | 17,971.77 | 100.0% |
| | | | | | REPORT TOTAL: | | | | 17,971.77 | 17,971.77 | 100.0% |

ALL-STATE LEGAL® EXHIBIT 3

*************** -COMM.JOURNAL- ******************** DATE AUG-28-2002 ***** TIME 11:18 *** P.01

MODE = MEMORY TRANSMISSION START=AUG-28 11:14 END=AUG-28 11:18

FILE NO.= 111

| NO. | COM | ABBR/NTWK | STATION NAME/ TELEPHONE NO. | PAGES | PRG.NO. | PROGRAM NAME |
|---|---|---|---|---|---|---|
| 001 | OK | ☎ | 12022192378 | 019/019 | | |

************************************ - - ***** - - *********

# *AIR SERVICES, INC.*

*814 W DIAMOND AVE, SUITE 220, GAITHERSBURG, MD 20878*
*P.O. BOX 9187, SILVER SPRING, MD 20916*
*PHONE NO'S... (301) 258-9412 OR (301) 424-8981*
*FAX NO..... (301) 258-8319*

*DATE:* August 28 2002 *TIME SENT:* ____

*TOTAL NUMBER OF PAGES INCLUDING COVER:* 19.

*SENT TO:* Mr J Forrest

*FAX NO.:* 202-219-2378

*FROM:* Ed Vander Mark

*REMARKS:*
Pontiac Proposal for National Building Museum

*CONFIDENTIALLY NOTICE: This facsimile contains confidential information which may also be legally privileged and which is intended only for the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action based on the data contained in this facsimile message, may be strictly prohibited. If you receive this facsimile in error, please notify us immediately by telephone (call collect) and return the original message to us at the above address via U.S. Postal Service. Reimbursement for costs of return postage will be made upon request.*

*NOTE: IF ANY OF THESE FAX COPIES ARE ILLEGIBLE, OR YOU DO NOT RECEIVE THE SAME NUMBER OF PAGES AS STATED ABOVE, PLEASE CONTACT US IMMEDIATELY AT ONE OF THE NUMBERS LISTED ABOVE.*

ALL-STATE LEGAL® EXHIBIT 4

# *AIR SERVICES, INC.*

*814 W DIAMOND AVE, SUITE 220, GAITHERSBURG, MD 20878*
*P.O. BOX 9187, SILVER SPRING, MD 20916*
*PHONE NO'S... (301) 258-9412 OR (301) 424-8981*
*FAX NO..... (301) 258-8319*

*DATE:* August 28 2002 *TIME SENT:* ______

*TOTAL NUMBER OF PAGES INCLUDING COVER:* 19.

*SENT TO:* Mr J Forrest

*FAX NO.:* 202-219-2378

*FROM:* Ed VanderMolen

*REMARKS:*
Pontiac Proposal for National
Building Museum

*CONFIDENTIALLY NOTICE: This facsimile contains confidential information which may also be legally privileged and which is intended only for the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action based on the data contained in this facsimile message, may be strictly prohibited. If you receive this facsimile in error, please notify us immediately by telephone (call collect) and return the original message to us at the above address via U.S. Postal Service. Reimbursement for costs of return postage will be made upon request.*

*NOTE: IF ANY OF THESE FAX COPIES ARE ILLEGIBLE, OR YOU DO NOT RECEIVE THE SAME NUMBER OF PAGES AS STATED ABOVE, PLEASE CONTACT US IMMEDIATELY AT ONE OF THE NUMBERS LISTED ABOVE.*

(2)

# AEC Services, Inc.

930 Kennedy Street, N.W., Suite 250
Washington, D.C. 20011
(202) 723-9061 Fax: (202) 723-9061


July 22, 2002

US General Services Administration
National Capitol Region
301 7th Street, SW
Washington, D.C. 20407-0002

Re: National Building Museum Paint Great Hall

RE: Proposal A160001

Dear Mr. Forest,

As requested by the GSA we are submitting an estimate of $551,692.00 (Five Hundred Fifty-One Thousand Six Hundred and Ninety-Two Dollars Zero Cents), for painting the walls of the public spaces at the National Building Museum. Attached please find all required back-up sheets.

The scaffolding work is figured to be done during regular business hours, the painting during non business hours. The work would be broken down into 3 phases, the two smaller halls and the large central hall. This estimate is to paint the vertical walls and surfaces in the great hall and the stairways and entrance halls. It does not include any doors, trim, windows, columns or ceilings, except for the vaulted ceilings of the stairwells and small entry halls. The ceilings of the first and second floor walkways are not included.

The projected duration of the project is 22 weeks, and does not include any monies for down time due to hall functions. The base price for the scaffolding covers 12 weeks of rental. Scaffold rental for the additional 10 weeks is calculated in accordance to the information in the scaffolding proposal. We also have not made any provision for any

July 22, 2002

US General Services Administration
National Capitol Region
301 7th Street, SW
Washington, D.C. 20407-0002

Re: National Building Museum Paint Great Hall

RE: Change Proposal A160001

delays due to the lack of structural information, or for any additional shoring of the walkways and floors that may be required if it is found that they are not able to handle the weight of the scaffolding. Every effort will be made to keep the scaffolding unobtrusive, but the area of the columns will need to be scaffolded from the floor up as safety concerns and regulations prohibit the use of certain methods that have been used in the past.

Thank you for the opportunity to bid on this work. If you have any questions please contact me at 301-212-4144.

Sincerely,

Ed VanderMale
Project Manager

CC: Orlando Alvarado
R McCool

## Division 9

## Finishes
## Plaster and Paint

| Item Number | Item of Work | | Work Units | Normal Working Hours | Non-Working Hours | | |
|---|---|---|---|---|---|---|---|
| | CEILINGS: | | | | | | |
| g. | Rock lath ( 2 coat system ) | | S.F. | | | | |
| h. | Metal lath (3 coat system ) | | S.F. | | | | |
| | PAINTING: | | | | | | |
| P9 | Furnish materials, prepare surfaces, and paint with brush or roller - walls, ceilings, columns, and/or other miscellaneous flat surfaces of drywall or plaster. | | | | | | |
| a. | Primer - 1 coat | | | | | | |
| | Height up to 12 feet. | 47,040 | S.F. | $ 0.17 | $ 0.20 | | $ 9,408.00 |
| b. | Primer - 1 coat | | | | | | |
| | Height above 12 feet. | 62,016 | S.F. | $ 0.18 | $ 0.21 | | $ 13,023.36 |
| c. | Lusterless - 1 coat | - | | | | | |
| | Height up to 12 feet. | 47,040 | S.F. | $ 0.18 | $ 0.21 | | $ 9,878.40 |
| d. | Lusterless - 1 coat | | | | | | |
| | Height above 12 feet. | 62,016 | S.F. | $ 0.20 | $ 0.23 | | $ 14,263.68 |
| e | Semigloss - 1 coat | | | | | | |
| | Height up to 12 feet. | | S.F. | $ 0.21 | $ 0.24 | | |
| f. | Semigloss - 1 coat | | | | | | |
| | Height above 12 feet. | | S.F. | $ 0.23 | $ 0.26 | | |
| g. | Gloss -1 coat | | | | | | |
| | Height up to 12 feet. | | S.F. | $ 0.23 | $ 0.26 | | |
| h. | Gloss -1 coat | | | | | | |
| | Height above 12 feet. | | S.F. | $ 0.24 | $ 0.27 | | |
| P10 | Furnish materials, prepare surfaces, and paint with brush or roller - shelves, cabinets, molding, window sash and trim, stair risers, doors and frames, and miscellaneous trim. | | | | | | |
| a. | Primer - 1 coat | | S.F. | $ 0.33 | $ 0.38 | | |
| b. | Lusterless -1 coat | | S.F. | $ 0.36 | $ 0.42 | | |
| c. | Semigloss -1 coat | | S.F. | $ 0.39 | $ 0.45 | | |
| d. | Gloss -1 coat | | S.F. | $ 0.41 | $ 0.47 | | |
| | **Total prepriced Items:** | | | | | | |
| | **Painting** | | | | | $ - | $ 46,573.44 |

Division 9

Finishes
Plaster and Paint

| Item Number | Item of Work | | Work Units | Normal Working Hours | Non-Working Hours | | |
|---|---|---|---|---|---|---|---|
| NON PREPRICED ITEMS | | | | | | | |
| | Painting: | | | | | | |
| a. | Primer - 1 coat | | | | | | |
| | 24' to 36' | 10,368 | S.F. | $ 0.22 | $ 0.25 | | $ 2,612.74 |
| b. | Primer - 1 coat | | | | | | |
| | 36' to 48' | 19,488 | S.F. | $ 0.26 | $ 0.30 | | $ 5,893.17 |
| c. | Primer - 1 coat | | | | | | |
| | 48' to 60' | 10,368 | S.F. | $ 0.31 | $ 0.36 | | $ 3,762.34 |
| d. | Primer - 1 coat | | | | | | |
| | 60' to 72' | 10,368 | S.F. | $ 0.37 | $ 0.44 | | $ 4,514.81 |
| e. | Primer - 1 coat | | | | | | |
| | 72' to 84' | 10,368 | S.F. | $ 0.45 | $ 0.52 | | $ 5,417.77 |
| f. | Primer - 1 coat | | | | | | |
| | 84' to 96' | 16,032 | S.F. | $ 0.54 | $ 0.63 | | $ 10,052.97 |
| g. | Primer - 1 coat | | | | | | |
| | 96' to 108' | 21,696 | S.F. | $ 0.64 | $ 0.75 | | $ 16,325.55 |
| h. | Primer - 1 coat | | | | | | |
| | 108' to 120' | 18312 | S.F. | $ 0.77 | $ 0.90 | | $ 16,535.03 |
| i. | Primer - 1 coat | | | | | | |
| | 120 to 132 | 5,760 | S.F. | $ 0.93 | $ 1.08 | | $ 6,241.27 |
| j. | Primer - 1 coat | | | | | | |
| | 132 to 144 | 5,760 | S.F. | $ 1.11 | $ 1.30 | | $ 7,489.52 |
| a. | Lusterless - 1 coat | | | | | | |
| | 24 to 36 | 10,368 | | $ 0.24 | $ 0.28 | | $ 2,861.57 |
| b. | Lusterless - 1 coat | | | | | | |
| | 36 to 48 | 19,488 | | $ 0.29 | $ 0.33 | | $ 6,454.43 |
| c. | Lusterless - 1 coat | | | | | | |
| | 48 to 60 | 10,368 | | $ 0.35 | $ 0.40 | | $ 4,120.66 |
| d. | Lusterless - 1 coat | | | | | | |
| | 60 to 72 | 10,368 | | $ 0.41 | $ 0.48 | | $ 4,944.79 |
| e. | Lusterless - 1 coat | | | | | | |
| | 72 to 84 | 10,368 | | $ 0.50 | $ 0.57 | | $ 5,933.75 |
| f. | Lusterless - 1 coat | | | | | | |
| | 84 to 96 | 16,032 | | $ 0.60 | $ 0.69 | | $ 11,010.40 |
| g. | Lusterless - 1 coat | | | | | | |
| | 96 to 108 | 21,696 | | $ 0.72 | $ 0.82 | | $ 17,880.36 |



(6)

## Division 9

## Finishes
## Plaster and Paint

| Item Number | Item of Work | | Work Units | Normal Working Hours | Non-Working Hours | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | **NON PREPRICED ITEMS** | | | | | | |
| | **Painting:(continued)** | | | | | | |
| | | | | | | | |
| h. | Lusterless - 1 coat | | | | | | |
| | 108 to 120 | 18312 | | $ 0.86 | $ 0.99 | | $ 18,109.80 |
| | | | | | | | |
| i. | Lusterless - 1 coat | | | | | | |
| | 120 to 132 | 5,760 | | $ 1.03 | $ 1.19 | | $ 6,835.68 |
| | | | | | | | |
| j. | Lusterless - 1 coat | | | | | | |
| | 132 to 144 | 5,760 | | $ 1.24 | $ 1.42 | | $ 8,202.81 |
| | | | | | | | |
| | | | | | | | |
| | **Total Non Pre Priced Items:** | | | | | | |
| | | | | | | | |
| | **Painting** | | | | | | $ 165,199.40 |
| | | | | | | | |
| | **Scaffolding** | | | | | $ 226,708.00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Division 9

### Finishes
### Plaster and Paint

| Item Number | Item of Work | | Work Units | Normal Working Hours | Non-Working Hours | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | TOTALS | | | | | | |
| | | | | | | | |
| | PrePriced Paint | | | | | $ 46,573.44 | |
| | | | | | | | |
| | NonPrePriced Paint | | | | | $ 165,199.40 | |
| | | | | | | | |
| | Scaffolding | | | | | $337,482.00 | |
| | | | | | | | |
| | Bond | | | | | $ 2,437.76 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | $ 551,692.60 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# STANDARD RECAPITULATION SUMMARY SHEET

PROJECT: **A160001 Nation Building Museum Paint Public Areas** DATE: 28-Aug-02
LOCATION: **National Building Museum** TIME: 09:56 AM
CHANGE ORDER NO.: CHECKED:

| PAGE NUMBER | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW |
|---|---|---|---|---|
| 2 | 0.00 | 19,800.00 | 0.00 | 19,800.00 |
| 3 | 0.00 | 0.00 | 261,015.36 | 261,015.36 |
| RAW TOTALS.. | 0.00 | 19,800.00 | 261,015.36 | 280,815.36 |
| BURDEN.. | | 25.00% | | |
| | | 4,950.00 | | 4,950.00 |
| | | 24,750.00 | | 285,765.36 |
| OVERHEAD.. | 10.00% | 10.00% | 10.00% | |
| | 0.00 | 2,475.00 | 26,101.54 | 28,576.54 |
| | 0.00 | 27,225.00 | 287,116.89 | 314,341.89 |
| PROFIT.. | 10.00% | 10.00% | 5.00% | |
| | 0.00 | 2,722.50 | 14,355.84 | 17,078.34 |
| | 0.00 | 29,947.50 | 301,472.74 | 331,420.24 |
| TAX .. | 6.00% | | | |
| | 0.00 | | | 0.00 |
| SUBTOTALS.. | 0.00 | 29,947.50 | 301,472.74 | 331,420.24 |
| BOND.. | | | | 1.83% |
| | | | | 6,062.24 |
| TOTAL | | | | **$337,482.00** |



(9)

PROJECT: A160001 Nation Building Museum Paint Public Areas

| ITEM | DESCRIPTION | QTY | UNIT | MAT UNIT PRICE $ | TOTAL MAT $ | LABOR HRS | LABOR RATE $ | TOTAL LABOR $ | SUB PRICE $ |
|---|---|---|---|---|---|---|---|---|---|
| DIVISION 01 - GENERAL REQUIREMENTS | | | | | | | | | |
| A. | SUPERVISION | 22.00 | WEEK | 0.00 | 0.00 | 440.00 | 29.00 | 12,760.00 | 0.00 |
| B. | PROJECT MANAGEMENT | 22.00 | WEEK | 0.00 | 0.00 | 220.00 | 32.00 | 7,040.00 | 0.00 |
| C. | PROGRESS MEETINGS | 0 | LS | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 0.00 |
| D. | SCHEDULING | 0 | LS | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 0.00 |
| E. | SUBMITTALS | 0 | LS | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 0.00 |
| F. | SUBMITTAL LOG | 0 | LS | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 0.00 |
| G. | SHOP DRAWING REVIEW | 0 | LS | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 0.00 |
| H. | AS-BUILTS | 0 | LS | 0.00 | 0.00 | 0.00 | 29.00 | 0.00 | 0.00 |
| I. | MOBILIZE/DEMOBILIZE | 0 | LS | 0.00 | 0.00 | 0.00 | 25.39 | 0.00 | 0.00 |
| J. | DAILY CLEAN-UP | 0 | WEEK | 25.00 | 0.00 | 0.00 | 20.04 | 0.00 | 0.00 |
| K. | FINAL CLEAN-UP | 0 | LS | 100.00 | 0.00 | 0.00 | 20.04 | 0.00 | 0.00 |
| L. | SCAFFOLD RENTAL | 0 | WEEK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M. | DUMPSTER RENTAL | 0 | EACH | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N. | TRUCK RENTAL | 0 | EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| O. | DEBRIS DISPOSAL | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| P. | COORDINATION DRAWINGS | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Q. | TESTING | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R. | ENGINEERING | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| S. | C.Q.C. | 0 | WEEK | 0.00 | 0.00 | 0.00 | 22.00 | 0.00 | 0.00 |
| T. | PERMITS | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| U. | DUST PROTECTION | 0 | LS | 250.00 | 0.00 | 0.00 | 25.39 | 0.00 | 0.00 |
| V. | CONSTRUCTION BARRIERS | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| W. | CONSTRUCTION TRAILER | 0 | MONTH | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| X. | STORAGE TRAILER | 0 | MONTH | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Y. | TEMPORARY ELECTRIC | 0 | MONTH | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Z. | TEMPORARY HEATING | 0 | MONTH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AA. | TEMPORARY TOILET | 0 | MONTH | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AB. | SITE TELEPHONE | 0 | WEEK | [illegible] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AC. | JOB PREMIUM TIME | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AD. | SITE SECURITY | 0 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AE. | SUPER. VEHICLE | 0.00 | WEEK | 182.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | | | 19,800.00 | 0.00 |



10

TOTAL

| ITEM | DESCRIPTION | QTY | UNIT | MAT UNIT PRICE $ | TOTAL MAT $ | LABOR HRS | LABOR RATE $ | TOTAL LABOR $ | SUB PRICE $ |
|---|---|---|---|---|---|---|---|---|---|
| DIVISION 13 - SPECIAL CONSTRUCTION | | | | | | | | | |
| 13000 | Scaffolding | | | | | | | | |
| A. | Bay 1 | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 40,518.00 |
| B. | Bay 2 | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 111,438.00 |
| D. | Bay 3 | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 40,518.00 |
| E. | Daily rental over 28 day bays 1 & 3 | | | | | | | | 9,719.74 |
| F | Daily rental over 28 day bays 2 | | | | | | | | 58,821.62 |
| G | | | | | | | | | |
| | | | | | 0.00 | | | 0.00 | 261,015.36 |



11

BRAND

# FAX TRANSMISSION COVER SHEET

DATE: 08/27/02

TO: ED VANDERMALE @ AEC SERVICES, INC.

SENDER: LAREY MUEHLHEUSEN.

FAX#: (301) 258-7701 AND (202) 723-9062

SUBJECT: NATIONAL BUILDING MUSEUM.

YOU SHOULD RECEIVE 9 PAGE(S), INCLUDING THE COVER SHEET. IF FOR ANY REASON YOU DO NOT RECEIVE ALL OF THE PAGES STATED, PLEASE CONTACT THE NUMBER BELOW.

NOTES:

12

# BRAND

**SCAFFOLD BUILDERS, INC.**
**10726 – A TUCKER ST.**
**BELTSVILLE, MARYLAND 20705**

**PH # (301) 931-2060**
**FAX # (301) 931-0553**

**AEC SERVICES, INC.**
930 KENNEDY ST. NW.
WASHINGTON, DC. 20011

DATE: 08/27/02
**PROPOSAL # LM0802-13A**

PHONE # (202) 723-9061 FAX # (202) 723-9062 AND (301) 258-7801 CELL # (301) 252-1975

**ATTENTION:** ED VANDERMALE – PROJ MGR.

**REFERENCE:** NATIONAL BUILDING MUSEUM – PENSION BUILDING
401 F ST. NW.
WASHINGTON, DC. 20001

BRAND SCAFFOLD BUILDERS, INC. PROPOSES TO FURNISH MATERIALS , LABOR AND SUPERVISION TO DELIVER, ERECT, DISMANTLE AND RETURN CUPLOC SCAFFOLDING TOWERS IN ACCORDANCE WITH THE GENERAL TERMS AND CONDITIONS SHOWN HEREINAFTER AND ON OUR MATERIAL LEASE AGREEMENT. PRICING IS LUMP SUM BASED ON THE FOLLOWING SCOPE OF WORK:

**SCOPE OF WORK: (A.)** ( BAY 1. ) DELIVER AND ERECT 1 - CONTINIOUS CUPLOC SCAFFOLDING TOWER @ APPROX 276' LONG WITH MULTIPLE WORK DECK LEVELS @ 2' WIDE ( SIDE BRACKETS TO ACCESS WALL FOR PAINTING. INCLUDES ROLLING TOWERS FOR MAIN FLOOR. DISMANTLE AND MOVE UPON NOTIFICATION OF RENTAL COMPLETION. ESTIMATED ERECTION @ 8 - WORKING DAYS UP AND 4 – WORKING DAYS DOWN. STRAIGHT TIME. MON. – FRI. ESTIMATED DURATION @ 1 – MONTH. (+.) SEE FIELD SKETCH FOR DETAILS.

| | | | |
|---|---|---|---|
| RENTAL PRICE (A.) | @ $ | 9,000.00 | PER 28 – DAY MONTH (MIN.) |
| DC. STATE TAX | @ $ | 517.50 | PER 28 – DAY MONTH (MIN.) |
| DAILY RATE | @ $ | 321.42 | PER DAY THEREAFTER + TAX. |
| FREIGHT | @ $ | 1,250.00 | (1/2 ON DELIVERY , 1/2 ON RETURN.) |
| ENGINEERING | @ $ | 1,250.00 | CERT. ENGINEERED DRAWING. |
| LABOR | @ $ | 28,500.00 | (2/3 ON ERECTION, 1/3 ON DISMANTLE.) |
| **SUBTOTAL** | **@ $** | **40,517.50** | **FOR A 28 - DAY PERIOD, INCLUDES TAX.** |

**PAGE # 1 OF** 8. **INITIAL:** X

13

**PAGE # 2.**

**SCOPE OF WORK: (B.)** (BAY 2.) DELIVER AND ERECT 1 – CONTINIOUS CUPLOC SYSTEMS SCAFFOLDING @ 884 ' LONG WITH MULTIPLE WORK LEVELS @ 2' WIDE ( SIDE BRACKETS) TO ACCESS WALL FOR PAINTING. INCLUDES NORTH & SOUTH STAIRWELLS. INCLUDES ROLLING SCAFFOLDS FOR MAIN FLOOR. DISMANTLE AND MOVE UPON NOTIFICATION OF RENTAL COMPLETION. ESTIMATED ERECTION @ 16 – WORKING DAYS UP AND 8 – WORKING DAYS DOWN. MON – FRI. STRAIGHT TIME. ESTIMATED DURATION @ 1 – MONTH (+). SEE FIELD SKETCH FOR DETAILS.

| | | | | |
|---|---|---|---|---|
| RENTAL PRICE | @ | $ | 25,000.00 | PER 28 – DAY MONTH (MIN.) |
| DC. SALES TAX | @ | $ | 1,437.50 | PER 28 – DAY MONTH (MIN.) |
| DAILY RATE | @ | $ | 892.86 | PER DAY THEREAFTER + TAX. |
| FREIGHT | @ | $ | 3,500.00 | (1/2 ON DELIVERY, ½ ON RETURN.) |
| ENGINEERING | @ | $ | 2,500.00 | CERTIFIED ENGINEERED DRAWING. |
| LABOR | @ | $ | 79.000.00 | (2/3 ON ERECTION, 1/3 ON DISMANTLE.) |

**SUBTOTAL @ $ 111,437.50 FOR A 28 DAY PERIOD. INCLUDES TAX.**

**SCOPE OF WORK: (C.)** (BAY 3.) SAME SCOPE OF WORK AND PRICING AS (A. – BAY 1.)
**SUBTOTAL** @ $ 40,517.50 **FOR A 28 – DAY PERIOD.** INCLUDES TAX.

**JOB TOTAL @ $ 192,472.50 FOR A 28 – DAY PERIOD IN EACH AREA. THIS ASSUMES PAINTER CAN COMPLETE HIS WORK IN THAT AMOUNT OF TIME IN EA. AREA.**

**PAGE # 2 OF** 8. **INITIAL** K.

14

**PAGE # 3.**

**EXCLUSIONS:** CUSTOMER IS RESPONSIBLE FOR THE FOLLOWING: DAILY MAINTENANCE AND INSPECTIONS OF SCAFFOLDING WITH ACCESSORIES AS REQUIRED. PERSONAL FALL PROTECTION EQUIPMENT AS/IF REQUIRED. ALL **PERMITS AND FEES** AS/IF REQUIRED. CUSTOMER RESPONSIBLE FOR CLEANING DECK(S) OF ALL CONSTRUCTION DEBRIS PRIOR TO DISMANTLE.

BRAND SCAFFOLD BUILDERS, INC. SELLS PERSONAL FALL PROTECTION EQUIPMENT IN A PACKAGE CONSISTING OF 1 – HARNESS, 1 – ROPE GRAB WITH LANYARD, 1 – 150' X ¾" POLYDAC SAFETY ROPE FOR APPROX $ 275.00 + TAX.

**TERMS AND CONDITIONS**:

1. BRAND AGREES TO INDEMNIFY CLIENT FROM AND AGAINST ANY CLAIMS AND COST THEREOF AS A RESULT OF BODILY INJURY TO ANY PERSON, DAMAGE TO ANY PROPERTY, OR ANY VIOLATION OR ALLEGED VIOLATION OF ORDINANCES, RULES, OR REGULATIONS GIVEN BY GOVERNMENTAL ENTITY OR AGENCY, TO THE EXTENT THAT THE SAME IS DIRECTLY CAUSED BY BREACH OF ANY TERM OR CONDITION OF THE CONTRACT BY BRAND OR ITS EMPLOYEES OR SUBCONTRACTORS IN THE PERFORMANCE OF THIS PROPOSED AGREEMENT.

2. ANY SCAFFOLD THAT IS MOVED OR ALTERED, ERECTED OR DISMANTLED BY ANY PERSON OTHER THAN THOSE UNDER THE SUPERVISION OF BRAND SHALL NEGATE THE INDEMNITY THAT IS EXTENDED IN THE TERMS OF THE CONTRACT PROPOSAL

3. UNLESS MORE STRIGENT STATUES ARE IMPOSED BY THE CLIENT, ALL SCAFFOLDS, UNDER THE TERMS OF THIS CONTRACT WILL BE ERECTED AND DISMANTLED ACCORDING TO OSHA 1926.451 AND THE MANUFACTURER'S SPECIFICATIONS ENACTED AS OF THE DATE OF THIS PROPOSED AGREEMENT. IT IS UNDERSTOOD THAT THE USE OF SCAFFOLDS PROVIDED HEREUNTO SHALL BE DONE LIKEWISE ELSE THE CLIENT AGREES TO INDEMNIFY AND HOLD HARMLESS BRAND FROM ANY CLAIM AND COST THEREOF ARISING OUT OF DEVIATION FROM SUCH USE.

4. THE CLIENT SHALL NOTIFY BRAND OF ANY INCIDENT THAT CAN BE DIRECTLY, INDIRECTELY, OR REMOTELY RELATED TO THE SERVICES PROVIDED BY THIS PROPOSED AGREEMENT.

5. ALL SCAFFOLD REQUIREMENTS BEYOND THE SCOPE OF WORK THAT IS OUTLINED HERETOFORE IN THIS PROPOSAL WILL BE REIMBURSED ACCORDING TO THE COST PLUS AGREEMENT OF THE CONTRACT (SEE ATTATCHED RATES) UNLESS A LUMP SUM QUOTE IS REQUESTED. THE CLIENT WILL BE RESPONSIBLE FOR VERIFYING ALL THE TIME SHEETS. **COST PLUS AGREEMENT (STANDARD LABOR RATE BILLED AT $45.00 PER HR. PER MAN.) (OVERTIME LABOR RATE BILLED AT $67.50 PER HR. PER MAN.)**

**PAGE # 4.**

6. ANY STANDBY TIME INCURRED BY BRAND EMPLOYEES BECAUSE OF WORK STOPPAGE, INTERMITTENT ACCESS OF MATERIALS OR BY WORKERS TO AREA, AND UNSCHEDULED DELAYS WILL BE CONSIDERED BEYOND SCOPE ITEMS, REIMBURSED IN ACCORDANCE WITH THE TERMS IN ITEM FIVE(5).

7. BRAND WILL BE EXCLUDED FROM THE RESPONSIBILITY TO MEET SCHEDULING OR PERFORMANCE PARAMETERS PRESCRIBED HITHERTO OR DURING THE ENACTMENT OF THIS AGREEMENT BECAUSE OF FORCE MAJEURE OR ANY OTHER DELAYS BEYOND THE CONTROL OF BRAND SCAFFOLD.

8. BRAND SCAFFOLD BUILDERS, INC. DOES NOT ACCEPT CONTRACTS OR AGREEMENTS WITH **RETENTION OR PAY IF WHEN PAID CLAUSES**. PAYMENT FOR THE SERVICES RENDERED UNDER THE TERMS OF THIS CONTRACT IS NET 30 DAYS FROM INVOICE DATE. A 1-1/2 % FINANCE CHARGE WILL APPLY TO RECEIVABLES AFTER 30 DAYS.

9. CLIENT WILL BE RESPONSIBLE TO COUNT MATERIAL AND VERIFY SHIPPING AND RETURN TICKETS OR MATERIAL. ANY MATERIAL THAT IS LOST, STOLEN OR DAMAGED SHALL BE RECOMPENSED BY THE RESPONSIBLE PARTY.

10. ALL HOISTING AND LIFTING OF MATERIAL BY CRANE OR MECHANICAL EQUIPMENT TO HEIGHTS ABOVE GROUND LEVEL WILL BE THE RESPONSIBILITY OF THE CLIENT UNLESS OTHERWISE SPECIFIED.

11. PLEASE BE ADVISED THAT IT IS **BRAND SCAFFOLD BUILDERS, INC.** COMPANY POLICY TO PRE-LEIN ALL PROJECTS OVER $5000.00 AND TO AQUIRE BONDING INFORMATION IF JOB IS BONDED.

12. DUE TO THE VOLATILE NATURE OF THE INSURANCE INDUSTRY, PRICES QUOTED HEREIN ARE SUBJECT TO ADJUSTMENT 60 DAYS FROM DATE OF PROPOSAL AS IT RELATES TO INSURANCE COVERAGE. BRAND SCAFFOLD WILL PROVIDE THE BASIS OF SUCH CHANGES AT THE TIME ANY ADJUSTMENT IS INCORPORATED.

ACCEPTED BY: X ________________________________

PO # : X ________________________________

DATE : X ________________________________

FOR BRAND SCAFFOLD BUILDERS, INC. *Larry R Muehleisen* DATE: *08/27/02*
**LARRY R. MUEHLEISEN – PROJ MGR.**

**PAGE # 4 OF** *8*. **INITIAL.** **X** ________.

*16*

PAGE # 5.

# BRAND SCAFFOLD BUILDERS, INC.

**PRE-LIEN & BONDING INFORMATION REQUEST:**

BRAND PROPOSAL # LM0802-13A DATED: 08/27/02

JOB SUBTOTAL AMOUNT $ 192,472.50 FOR A 28-DAY PERIOD ONLY.

**CUSTOMER NAME & ADDRESS:**

X__________
X__________
X__________

**GENERAL CONTR. NAME & ADDRESS:**

X__________
X__________
X__________

**PROJECT NAME & JOBSITE ADDRESS:**

X__________
X__________
X__________

**PROPERTY OWNER'S NAME & ADDRESS:**

X__________
X__________
X__________

**BONDING COMPANY & ADDRESS:**

X__________
X__________
X__________

**BOND NUMBER:**

X__________

**DATE WORK TO START:**

X__________

**ESTIMATED DATE OF COMPLETION:**

X__________

PAGE # 5 OF 8. INITIAL: X__________

17


W
S
316'
N
34'
8' HIGH
E
116'
LOAD DOCK
13'
80'
135'H
115'
(BAY 1)
(BAY 2)
(BAY 3)
FOUNTAIN
5 8' 15' 8' 15' 8' 15' 8' 5' 13'
(BAY 1)
X = AREA TO BE SCAFFOLD
PAGE II 10 OF 8
18


W
13'
(BAY 1)
80'
135'H
115'
(BAY 2)
S
316'
34'
N
15'
(BAY 2)
X = AREA TO BE SCAFFOLD
(BAY 3)
80'
13'
116'
E
LOAD DOCK
19


W
S
N
E
316'
116'
34'
13'
15'
8'
5'
80'
115'
135'H
8' HIGH
(BAY 1)
(BAY 2)
(BAY 3)
FOUNTAIN
X = (BAY 3) AREA TO BE SCAFFOLD
LOAD DOCK
PAGE # 8 OF 8.

| EmployeeName | ntComp | Expr1002 | Description | Hours | Rate | Cost | CostCode | Job | WorkDate |
|---|---|---|---|---|---|---|---|---|---|
| BOLDCONCEPTS\EVANDERMALE | AEC | 21-Aug-02 | | 2 | 60 | $ 120.00 | 01 Project Management | A160001 | 21-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 22-Aug-02 | Site visit photos etc | 7 | 60 | $ 420.00 | 01 Project Management | A160001 | 22-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 23-Aug-02 | | 7 | 60 | $ 420.00 | 01 Project Management | A160001 | 23-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 26-Aug-02 | | 8 | 60 | $ 480.00 | 01 Project Management | A160001 | 26-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 27-Aug-02 | | 8 | 60 | $ 480.00 | 01 Project Management | A160001 | 27-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 28-Aug-02 | | 5 | 60 | $ 300.00 | 01 Project Management | A160001 | 28-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 29-Aug-02 | Looked at "mast climbing work platform system" | 2 | 60 | $ 120.00 | 01 Project Management | A160001 | 29-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 30-Aug-02 | | 4 | 60 | $ 240.00 | 01 Project Management | A160001 | 30-Aug-02 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 10-Sep-02 | | 1 | 60 | $ 60.00 | 01 Project Management | a160001 | 10-Sep-02 |
| BOLDCONCEPTS\AJONES | AEC | 11-Sep-02 | working on proposal / sol. package/ making copies | 1.5 | 62 | $ 93.00 | 02 Estimating | A160001 | 11-Sep-02 |
| BOLDCONCEPTS\AJONES | AEC | 13-Sep-02 | REVISED SOL. PACAKGE FOR AGENCY TO BE DELIVERED | 1 | 62 | $ 62.00 | 02 Estimating | A160001 | 13-Sep-02 |
| | | | | | | $ 2,795.00 | | | |
| BOLDCONCEPTS\AJONES | AEC | 04-Feb-04 | puting new job in bid list system | 0.5 | 71 | $ 35.50 | 01 Project Management | A160002 | 04-Feb-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 05-Feb-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 05-Feb-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 03-Mar-04 | | 3 | 69 | $ 207.00 | 01 Project Management | A160002 | 03-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 05-Mar-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 05-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 08-Mar-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 08-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 24-Mar-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 24-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 05-Apr-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 05-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 08-Apr-04 | | 2.5 | 69 | $ 172.50 | 01 Project Management | A160002 | 08-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 09-Apr-04 | | 4.5 | 69 | $ 310.50 | 01 Project Management | A160002 | 09-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 26-Mar-04 | | 2.5 | 69 | $ 172.50 | 01 Project Management | A160002 | 26-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 09-Mar-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 09-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 12-Mar-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 12-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 23-Mar-04 | | 2 | 69 | $ 138.00 | 01 Project Management | A160002 | 23-Mar-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 16-Apr-04 | | 3 | 69 | $ 207.00 | 01 Project Management | A160002 | 16-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 19-Apr-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 19-Apr-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 11-May-04 | | 0.5 | 69 | $ 34.50 | 01 Project Management | A160002 | 11-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 12-May-04 | | 3 | 69 | $ 207.00 | 01 Project Management | A160002 | 12-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 13-May-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 13-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 14-May-04 | | 5 | 69 | $ 345.00 | 01 Project Management | A160002 | 14-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 17-May-04 | | 4 | 69 | $ 276.00 | 01 Project Management | A160002 | 17-May-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 09-Jun-04 | | 0.5 | 69 | $ 34.50 | 01 Project Management | A160002 | 09-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 21-Jun-04 | | 0.5 | 69 | $ 34.50 | 01 Project Management | A160002 | 21-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 22-Jun-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 22-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 28-Jun-04 | | 0.1 | 69 | $ 6.90 | 01 Project Management | A160002 | 28-Jun-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 07-Jul-04 | | 1 | 69 | $ 69.00 | 01 Project Management | A160002 | 07-Jul-04 |
| BOLDCONCEPTS\EVANDERMALE | AEC | 17-Aug-04 | | 2.5 | 69 | $ 172.50 | 01 Project Management | A160002 | 17-Aug-04 |
| | | | | | | $ 3,319.90 | | | |

80%

ALL-STATE LEGAL®
EXHIBIT
5

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7003 3110 0001 6080 8518

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.49 | |

Sent To Michael J. Vrbel - GSA
Street, Apt. No.; or PO Box No. Room 2670 - 7th & D St
City, State, ZIP+4 Washington, D.C. 20407

PS Form 3800, June 2002 See Reverse for Instructions

USPS - Track & Confirm Page 1 of 1

UNITED STATES POSTAL SERVICE®

# Track & Confirm

## Current Status

You entered 7003 3110 0001 6080 8518

Your item was delivered at 8:35 am on June 01, 2005 in WASHINGTON, DC 20407.

*Shipment Details >*

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**

## Notification Options

▸ **Track & Confirm by email** What is this? *Go >*

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy