IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC Services, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-912C |
| v. | ) | (Judge Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 24 days, through and including November 14, 2005, within which to file and to serve its response to the complaint. Our response is currently due on October 21, 2005. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

Agency counsel has informed counsel of record for the United States that he will not complete a litigation report until November 4, 2005. Although agency counsel has begun to investigate the allegations in the complaint, he is scheduled to conduct a trial before a board of contract appeals from October 18 through October 21, 2005. Because of the preparations necessary for trial, agency counsel cannot complete the necessary investigation before the present date for filing our response to

the complaint. Agency counsel represented that he should be able to provide the relevant information to the undersigned so that the United States can file its response to the complaint on or before November 14, 2005.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until November 14, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of counsel:
Mark LaFeir
General Services
Administration

October 11, 2005