IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-912C |
| v. | ) | (Judge Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 28 days, through and including January 9, 2006, within which to file and to serve its response to the complaint. Our response is currently due on December 12, 2005. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our third request for an enlargement of time for this purpose. Previously, the Court granted a motion for enlargement of time of 24 days, and 28 days.

The parties are exploring settlement. The United States has voluntarily provided material relevant to an anticipated defense for AEC Services to consider. The parties are cautiously optimistic that at least a portion of plaintiff’s complaint can be resolved matter without the Court’s involvement and further litigation. In light of these efforts, the United States

respectfully requests that our time for responding to the complaint be enlarged.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until January 9, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Of counsel:
Mark LaFeir
General Services
Administration

December 12, 2005

Attorneys for Defendant