# In the United States Court of Federal Claims

Case No. 05-912C
(Filed: December 14, 2005)

**************************************************
AEC SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

Defendant's third unopposed **Motion for an Enlargement of Time** (28 days, for a total of 80 days) **until January 9, 2006**, **to file its response to the Complaint** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge