IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-912C |
| v. | ) | (Judge Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 35 days, through and including March 13, 2006, within which to file and to serve its response to the complaint. Our response is currently due on February 6, 2006. This is our fifth request for an enlargement of time for this purpose. Previously, the Court granted unopposed motions for enlargement of time of 24 days, 28 days, 28 days, and 28 days. We first notified plaintiff's counsel of our intent to request an enlargement of time on January 31, 2006, but have not yet received a response.

Former counsel of record for the United States, Mr. Moran, was engaged in ongoing, productive settlement discussions with plaintiff's counsel. After our most recent motion for enlargement of time, Mr. Moran resigned from the Department of Justice. Current counsel of record was assigned to this case on January 25, 2006, and has been working to

familiarize herself with the case and independently evaluate the possibility of settlement. Current counsel for the defendant has contacted counsel for the plaintiff to resume settlement discussions. The parties have expressed optimism that at least a portion of plaintiff's complaint can be resolved without the Court's involvement and further litigation, and are now prepared to discuss concrete settlement terms. In light of these efforts, the United States respectfully requests that our time for responding to the complaint be enlarged.

In addition, counsel for the defendant and counsel for the agency will be unavailable for settlement discussions during several weeks of the requested period of enlargement. Counsel for the defendant will be away from her office on official travel to attend Government training in Columbia, South Carolina between February 6 and February 16, 2006. Counsel for the agency will be unavailable the following week.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until March 13, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN

Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

Of counsel:
MARK LaFEIR
General Services Administration

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

February 3, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 3rd day of February, 2006, a copy of the foregoing “DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME ” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s Allison Kidd-Miller