**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AEC SERVICES, INC.**<br>*Plaintiff,*<br>**vs.**<br>**THE UNITED STATES**<br>*Defendant.* | **No. 05-912C** |

**STATUS REPORT**

Plaintiff, AEC Services, Inc. ("AEC"), by counsel, hereby files this Status Report in accordance with the Court's Order dated January 12, 2006.

1. New counsel for the Defendant has moved for an enlargement of time to file a response to Plaintiff's Complaint.

2. The parties continue to negotiate and believe that there is a likelihood that this matter may settle.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By:________________________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
Email:BuildLawMD@aol.com
301-610-0021 fax

Attorneys for AEC Services, Inc.