# In the United States Court of Federal Claims

Case No. 05-912C
(Filed: February 6, 2006)

*****************************************************
AEC SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's fifth unopposed **Motion for an Enlargement of Time** (35 days, for a total of 143 days) **until March 13, 2006**, **to file its response to the Complaint** is hereby **GRANTED**.

If, at that time, the Defendant is unable to file a response to the Complaint, the parties shall **file a Joint Status Report** by **March 13, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge