IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., Plaintiff, | ) | No. 05-912C (Judge Baskir) |
| v. | ) | |
| UNITED STATES, Defendant. | ) | |

SECOND JOINT STATUS REPORT

In accordance with the joint status report filed with this Court on March 10, 2006, plaintiff and defendant respectfully submit the following second joint status report:

The parties continue to negotiate, are discussing concrete settlement terms, and continue to express optimism that at least a portion of plaintiff's complaint can be resolved without the Court's involvement and further litigation.

Absent any further order from the Court, the parties intend to file another joint status report regarding settlement discussions no later than June 8, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Md. 20850
Tele: (301) 610-0010
Fax: (301) 610-0021

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

Of counsel:
MARK LaFEIR
General Services Administration

Attorneys for Plaintiff

Attorneys for Defendant

March 24, 2006

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 24th day of April, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller