**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AEC SERVICES, INC.**,<br><br>*Plaintiff,*<br><br>**vs.**<br><br>**THE UNITED STATES**,<br><br>*Defendant.* | **No. 05-912C**<br>**(Judge Baskir)** |

**THIRD JOINT STATUS REPORT**

In accordance with the Second Joint Status Report filed with this Court on March 24, 2006, plaintiff and defendant respectfully submit the following third joint status report:

The parties continue to negotiate, are discussing the various aspects of the pending settlement proposals, and continue to express optimism that at least a portion of plaintiff's complaint can be resolved by mutual agreement.

Absent any further order from the Court, the parties intend to file another joint status report regarding settlement discussions no later than July 31, 2006.

Respectfully submitted,

s/ Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: dspence@gastlaw.com

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

Of Counsel:
MARK LaFEIR
General Services Administration

Attorneys for Defendant

June 8, 2006