IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-912C<br>(Judge Baskir) |

<u>FOURTH JOINT STATUS REPORT</u>

In accordance with the Third Joint Status Report filed with the Court on June 8, 2006, plaintiff and defendant respectfully submit the following fourth joint status report:

The parties continue to negotiate, continue to discuss pending settlement proposals, and continue to express optimism that at least a portion of plaintiff's complaint can be resolved without the further involvement of the Court.

Absent any further order from the Court, the parties intend to file another joint status report regarding settlement discussions no later than September 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tel: (301) 610-0010
Fax: (301) 610-0021
Email: dspence@gstlaw.com

Attorneys for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

July 31, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 31st day of July, 2006, a copy of the foregoing “FOURTH JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller