IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-912C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

FIFTH JOINT STATUS REPORT

In accordance with the fourth joint status report filed with the Court on July 31, 2006, plaintiff and defendant respectfully submit the following fifth joint status report:

On July 14, 2006, counsel for the General Services Administration ("GSA") left the agency. New agency counsel was assigned to this case shortly thereafter, and immediately began to familiarize himself with the case and independently evaluate the parties' settlement options. The parties now have resumed settlement negotiations, have continued their discussion of pending settlement proposals, and continue to express optimism that at least a portion of plaintiff's complaint can be resolved without the further involvement of the Court.

Absent any further order from the Court, the parties intend to file another joint status report regarding settlement discussions no later than October 30, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tel: (301) 610-0010
Fax: (301) 610-0021
Email: dspence@gstlaw.com

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

Attorneys for Plaintiff

Attorneys for Defendant

September 14, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 14th day of September, 2006, a copy of the foregoing “FIFTH JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller