IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-912C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME TO
FILE SEVENTH JOINT STATUS REPORT

Defendant respectfully requests an enlargement of time of seven days, to and including December 8, 2006, within which to file the parties' joint status report. The joint status report is now due to be filed on December 1, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for the defendant unsuccessfully attempted to contact counsel for the plaintiff via telephone and e-mail regarding this motion.

The parties have discussed the content of the joint status report and counsel for the defendant has transmitted a signed, proposed report to counsel for the plaintiff. However, counsel for the plaintiff has not yet responded to the proposed report. For this reason, defendant respectfully requests that the Court grant its motion for a seven-day enlargement of time within which to file the joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham/by
Jeanne E. Davidson
STEVEN J. GILLINGHAM
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

December 1, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 1st day of December, 2006, a copy of the foregoing "MOTION FOR EXTENSION OF TIME TO FILE SEVENTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller