IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-912C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SEVENTH JOINT STATUS REPORT

In accordance with the sixth joint status report filed with the Court on October 30, 2006, plaintiff and defendant respectfully submit the following seventh joint status report:

The parties have negotiated tentative settlement of plaintiff's claim and currently are working to finalize the terms of that settlement, at which time plaintiff anticipates dismissing its claim. The parties have expressed optimism that this matter can be resolved without the further involvement of the Court.

Absent any further order from the Court, the parties intend to file another joint status report no later than January 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tel: (301) 610-0010
Fax: (301) 610-0021
Email: dspence@gstlaw.com

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

Attorneys for Plaintiff

Attorneys for Defendant

December 4, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 4th day of December, 2006, a copy of the foregoing "SEVENTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller