# In the United States Court of Federal Claims

Case No. 05-912C
(Filed: December 5, 2006)

*****************************************************
AEC SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

Defendant's **Motion for a 7-day Enlargement of Time, until December 8, 2006**, **to file the parties' Joint Status Report** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge