IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-912C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

EIGHTH JOINT STATUS REPORT

In accordance with the seventh joint status report filed with the Court on December 4, 2006, plaintiff and defendant respectfully submit the following eighth joint status report:

The parties believe discussions regarding the terms of their tentative settlement are finished, pending completion of defendant's internal review process. The parties continue to express optimism that they will reach final settlement of this matter, at which time plaintiff anticipates dismissing its claim.

Absent any further order from the Court, the parties intend to file another joint status report no later than May 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tel: (301) 610-0010
Fax: (301) 610-0021
Email: dspence@gstlaw.com

Attorneys for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

January 30, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 30th day of January, 2007, a copy of the foregoing "EIGHTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller