IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-912C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NINTH JOINT STATUS REPORT

In accordance with the eight joint status report filed with the Court on January 30, 2007, plaintiff and defendant respectfully submit the following ninth joint status report:

The parties successfully have negotiated settlement of plaintiff's claim. Defendant has begun taking the steps necessary to comply with the terms of the parties' settlement agreement and, upon satisfaction of those terms, plaintiff will dismiss its claim.

Absent any further order from the Court, and unless a stipulation of dismissal already has been filed, the parties intend to file another joint status report no later than November 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Donald H. Spence, Jr.
DONALD H. SPENCE, JR.
MICHAEL P. MARCHETTI
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tel: (301) 610-0010
Fax: (301) 610-0021
Email: dspence@gstlaw.com

Attorneys for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

May 1, 2007

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 1st day of April, 2007, a copy of the foregoing "NINTH JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller