# In the United States Court of Federal Claims

Case No. 05-912C
(Filed: June 28, 2007)

*****************************************************
AEC SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The parties' **Joint Stipulation of Dismissal** filed June 22, 2007, pursuant to Rule 41(a)(1) of the Rules of this Court, is hereby **GRANTED**. This case is dismissed with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge