# In the United States Court of Federal Claims

**No. 05-912 C**

**AEC SERVICES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed June 28, 2007, granting the parties' Joint Stipulation of Dismissal filed June 22, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice and without costs or fees to either party.

Brian Bishop
Clerk of Court

**June 29, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.